1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal. Bar No. 112260)
2  PATRICK T. MURPHY (Admitted in New York)
   THOMAS J. EME (Admitted in Illinois)
3  LLOYD A. FARNHAM (Cal. Bar No. 202231)

4
   Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, 26th Floor
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:  (415) 705-2501

8

9

10                    UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                        SACRAMENTO DIVISION

13

14  SECURITIES AND EXCHANGE COMMISSION,    Case No. 2:07-cv-01724 LEW CMK

15          Plaintiff,                     [PROPOSED] ORDER RE FILING
                                           DOCUMENTS UNDER SEAL
16      v.

17  SECURE INVESTMENT SERVICES, INC.,
    AMERICAN FINANCIAL SERVICES, INC.,
18  LYNDON GROUP, INC., DONALD F. NEUHAUS,
    and KIMBERLY A. SNOWDEN,
19

20          Defendants.

21

22

23      The Court has considered Plaintiff Securities and Exchange Commission's

24  ("Commission") Motion to File Documents Under Seal, and the Court hereby grants the motion.

25  The Clerk is instructed to file the following document, and its accompanying exhibits, under

26  seal:

27      Declaration of Thomas J. Eme in Support Of Plaintiff's Application for Temporary

28

                            1               [PROPOSED] ORDER RE
                                     FILING DOCUMENTS UNDER SEAL

Dockets.Justia.com

1   Restraining Order and Order to Show Cause Re Preliminary Injunction [Filed Under

2   Seal], Attaching Exhibits 10, 29, and 47.

3   IT IS SO ORDERED.

4

5   Dated:  August 23, 2007

_____
Senior U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                    [PROPOSED] ORDER RE
FILING DOCUMENTS UNDER SEAL