UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DONALD NEUHAUS, et al., | |
| Petitioners, | NO. 2:07-mc-0025 FCD/GGH |
| v. | <u>ORDER OF NON-RELATED CASES</u> |
| UNITED STATES SECURITY AND EXCHANGE COMMISSION, | |
| Respondent. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. 2:07-cr-0366 GEB |
| v. | |
| DONALD FRED NEUHAUS, et al., | |
| Defendants. | |
| SECURITIES AND EXCHANGE COMMISSION, | NO. 2:07-cv-1724 LEW/CMK |
| Plaintiff, | |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

----oo0oo----

The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. While the actions involve some of the same parties, each action involves some events specific to particular parties, some of the questions of fact are different, and assignment to different judges would not entail substantial duplication of labor.

IT IS SO ORDERED.

DATED: August 30, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE