IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD FRED NEUHAUS, and KIMBERLY SNOWDEN,<br><br>    Defendants.                  / | Case No.: 2:07-CV-1724-LEW-CMK<br><br>**ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION; ORDER DENYING DEFENDANTS' REQUEST FOR ADEQUATE TIME TO RESPOND TO TRO** |

GOOD CAUSE SHOWN, the hearing for preliminary injunction in this matter, currently set on the Court's calendar for September 21, 2007, at 10:00 a.m., is hereby CONTINUED to October 26, 2007, at 10:00 a.m. in the same place as previously scheduled. The hearing is continued at Defendants' request, and the TRO will remain in effect until the date of the hearing.

Defendants' Request for Adequate Time to Respond to TRO, filed on August 24, 2007, is DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: August 31, 2007

_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Judge

Proposed Order Resetting Hearing on Preliminary Injunction