```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,          )   2:07-cr-366-GEB
                                   )
              Plaintiff,           )
                                   )
         v.                        )   NON-RELATED CASE ORDER
                                   )
DONALD FRED NEUHAUS; KIMBERLY      )
SNOWDEN; ROBERT EBERLE; BARBARA    )
EBERLE; CLIFFORD PALM; ROBERT      )
KOPPEL; DAVID GODLENBERG; and      )
MARK ERIC WOLOK,                   )
                                   )
              Defendants.          )
_____)
                                   )
UNITED STATES OF AMERICA,          )   2:07-mc-025-FCD-GGH
                                   )
              Plaintiff,           )
                                   )
         v.                        )
                                   )
UNITED STATES SECURITY AND         )
EXCHANGE COMMISSION,               )
                                   )
              Respondent.          )
_____)
                                   )
SECURITIES AND EXCHANGE            )   2:07-cv-1724-LEW-CMK
                                   )
              Plaintiff,           )
                                   )
         v.                        )
                                   )
SECURE INVESTMENT SERVICES, INC.;  )
AMERICAN FINANCIAL SERVICES, INC.; )
LYNDON GROUP, INC.; DONALD F.      )
NEUHAUS; and KIMBERLY A. SNOWDEN,  )
                                   )
              Defendants.          )
_____)
```

1

Since it has not been shown that the above-captioned actions are related within the meaning of Local Rule 83-123, or that assignment of the actions to the same judge is likely to effect a substantial savings of judicial effort or other economies, the undersigned judge declines to relate the actions at this time.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge