**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

Attorneys for Receiver
Michael J. Quilling

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>   Defendants. | Case No.  2:07-cv-01724 LEW CMK<br><br>STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY QUILLING SELANDER CUMMISKEY & LOWNDS, P.C.; ORDER |

The parties, at the request of Michael J. Quilling, the Receiver appointed in these proceedings, ("Receiver"), respectfully submit this Stipulated Motion for Order Authorizing Receiver to Employ Quilling Selander Cummiskey & Lownds, P.C. under L.R. 66-232.

**BACKGROUND & AUTHORITY**

1.   By Order of August 24, 2007, the Court appointed Michael J. Quilling as Receiver for Secure Investment Services, Inc. ("SIS"), American Financial Services, Inc. ("AFS") and Lyndon Group, Inc. ("LGI") and other related individuals and entities.  In that capacity, the Court has authorized and charged the Receiver to take complete and exclusive control, possession, and custody of all receivership assets.

1

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY QUILLING
SELANDER CUMMISKEY & LOWNDS, P.C.; ORDER

120719.1

PDF created with pdfFactory trial version www.pdffactory.com

2. The Order Appointing Temporary Receiver authorizes the Receiver to employ attorneys as needed to preserve and maintain the Receivership Assets in this case:

> Given the emergency nature of these proceedings, the Receiver is hereby authorized to employ such employees, accountants, and attorneys as is necessary and proper for the collection, preservation, maintenance and operation of the Receivership Assets and Receivership Records and to open bank accounts or other depository accounts in the name of the Receiver on behalf of the receivership estate. As soon as possible after retaining such professionals, the Receiver shall file written applications to retroactively approve the employment pursuant to Local Rule 66-232(g).

*Order Appointing Temporary Receiver* [Dkt. No. 27] at ¶ 11.

3. Accordingly, the Receiver requests authority under L.R. 66-232(g) to employ Quilling Selander Cummiskey & Lownds, P.C. ("QSCL") of Dallas, Texas, to act as his legal counsel. QSCL has extensive experience in the discrete area of federal equitable receiverships, with three attorneys who practice in that field exclusively. Profiles of those attorneys and their practice experience are attached as Exhibit A. QSCL also has full-time claim analysts capable of handling the 500 potential investor claims in this case.

4. QSCL recently acted as the Receiver's legal counsel in two other receiverships involving large viatical companies, each with life insurance policy portfolios valued at over $230 million. The Receiver believes that employing QSCL is in the best interest of the receivership estate because it has the experience and resources to efficiently and effectively represent the Receiver in this case.

5. QSCL will provide legal representation in this case at the hourly rates set forth in Exhibit B. The Receiver seeks Court approval to pay those amounts on a tentative basis pending a hearing for final approval under L.R. 66-232.

6. The Receiver requests that this Court enter an order authorizing him to employ QSCL and to compensate it consistent with the terms described in Exhibit B.

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

WHEREFORE, THE PARTIES STIPULATE to the entry of an order of this Court authorizing the Receiver to employ QSCL and to compensate it consistent with the terms described in Exhibit B.

BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

Dated: August 29, 2007        By  /s/ Maralee MacDonald
                                  Maralee MacDonald
                                  Attorneys for Receiver

SECURITIES EXCHANGE COMMISSION

Dated: August 29, 2007        By  /s/ John S. Yun (as authorized on August 29, 2007)
                                  Thomas J. Eme
                                  John S. Yun
                                  Attorneys for Plaintiff Securities Exchange Commission

KENNY, SNOWDEN & NORINE

Dated: August 29, 2007        By /s/  Mark Norcross (as authorized on August 29, 2007)
                                  Mark Norcross
                                  Attorneys for Defendants
                                  Donald Neuhaus and
                                  Kimberly Snowden

**ORDER**

IT IS SO ORDERED.

Dated:   September 6, 2007

/s/ Ronald S. W. Lew
Honorable Ronald S. W. Lew
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com