1

**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**

2

Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699

3

555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

4

(916) 321-4444

5

Attorneys for Receiver
Michael J. Quilling

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8

SACRAMENTO DIVISION

9

10

SECURITIES AND EXCHANGE COMMISSION,

Case No.  2:07-cv-01724 LEW CMK

11

Plaintiff,

v.

STIPULATED MOTION FOR ORDER
AUTHORIZING RECEIVER TO
EMPLOY BOUTIN DENTINO
GIBSON DI GIUSTO HODELL INC.;
ORDER

12

13

SECURE INVESTMENT SERVICES, INC.,
AMERICAN FINANCIAL SERVICES, INC.,
LYNDON GROUP, INC., DONALD F. NEUHAUS,
and KIMBERLY A. SNOWDEN,

14

15

Defendants.

16

17

       The parties, at the request of Michael J. Quilling, the Receiver appointed in these

18

proceedings, ("Receiver"), respectfully submit this Stipulated Motion for Order Authorizing

19

Receiver to Employ Boutin Dentino Gibson Di Giusto Hodell Inc. and Order under L.R. 66-232.

20

**BACKGROUND**

21

       1.    By Order of August 24, 2007, the Court appointed Michael J. Quilling as

22

Receiver for Secure Investment Services, Inc. ("SIS"), American Financial Services, Inc.

23

("AFS") and Lyndon Group, Inc. ("LGI") and other related individuals and entities.  In that

24

capacity, the Court has authorized and charged the Receiver to take complete and exclusive

25

control, possession, and custody of all receivership assets.

26

       2.    The Order Appointing Temporary Receiver authorizes the Receiver to employ

27

attorneys as needed to preserve and maintain the Receivership Assets in this case:

28

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5

> Given the emergency nature of these proceedings, the Receiver is hereby authorized to employ such employees, accountants, and attorneys as is necessary and proper for the collection, preservation, maintenance and operation of the Receivership Assets and Receivership Records and to open bank accounts or other depository accounts in the name of the Receiver on behalf of the receivership estate. As soon as possible after retaining such professionals, the Receiver shall file written applications to retroactively approve the employment pursuant to Local Rule 66-232(g).

6  *Order Appointing Temporary Receiver* [Dkt. No. 27] at ¶ 11.

7          3.      Accordingly, the Receiver requests authority under L.R. 66-232(g) to employ

8  Boutin Dentino Gibson Di Giusto Hodell Inc. of Sacramento, California ("the Firm") to act as

9  his legal counsel.  The Firm has extensive experience in federal court practice in the Eastern

10  District of California.  Profiles of principals Chris Gibson and Maralee MacDonald and their

11  practice experience are attached as <u>Exhibit A</u>.

12          4.      The Receiver believes that employing the Firm is in the best interest of the

13  receivership estate because it has the experience and resources to efficiently and effectively

14  represent the Receiver in this case.

15          5.      The Firm will provide legal representation in this case at the hourly rates set forth

16  in <u>Exhibit B</u>.  The Receiver seeks Court approval to pay those amounts on a tentative basis

17  pending a hearing for final approval under L.R. 66-232.

18          6.      The Receiver requests that this Court enter an order authorizing him to employ

19  Boutin Dentino Gibson Di Giusto Hodell Inc. and to compensate it consistent with the terms

20  described in <u>Exhibit B</u>.

21  [NEXT PAGE]

22
23
24
25
26
27
28

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER
TO EMPLOY BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.; ORDER

120698.1

PDF created with pdfFactory trial version www.pdffactory.com

1

**STIPULATION**

2

WHEREFORE, THE PARTIES STIPULATE to the entry of an order of this Court

3

authorizing the Receiver to employ Boutin Dentino Gibson Di Giusto Hodell Inc. and to

4

compensate it consistent with the terms described in Exhibit B.

5

6

BOUTIN DENTINO GIBSON DI GIUSTO
HODELL INC.

7

Dated:  August 29, 2007                          By  /s/ Maralee MacDonald

8

Maralee MacDonald
Attorneys for Receiver

9

10

SECURITIES EXCHANGE

11

COMMISSION

12

Dated:  August 29, 2007                          By   /s/ John S. Yun (as authorized on August 29, 2007)

13

Thomas J. Eme

John S. Yun

14

Attorneys for Plaintiff Securities

Exchange Commission

15

16

KENNY, SNOWDEN & NORINE

17

18

Dated:  August 29, 2007                          By /s/  Mark Norcross (as authorized on August 29, 2007)

19

Mark Norcross

Attorneys for Defendants

Donald Neuhaus and

20

Kimberly Snowden

21

**ORDER**

22

23

IT IS SO ORDERED.

24

Dated:   September 6, 2007

25

/s/ Ronald S. W. Lew

Honorable Ronald S. W. Lew

26

United States District Court Judge

27

28

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER
TO EMPLOY BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.; ORDER

120698.1

PDF created with pdfFactory trial version www.pdffactory.com

1

<u>EXHIBIT B</u>

2

| <u>NAME</u> | <u>HOURLY RATE</u> |
|---|---|
| Chris Gibson, Principal | $350 |
| Maralee MacDonald, Principal | $275 |
| Sheryl Stuckey, Paralegal | $165 |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER
TO EMPLOY BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.; ORDER

120698.1

PDF created with pdfFactory trial version www.pdffactory.com