UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　　　Defendants. | Case No.  2:07-cv-01724 LEW CMK<br><br>**ORDER GRANTING STIPULATED MOTION TO ESTABLISH CLAIM PROCEDURE AND TO APPROVE CLAIM FORM** |

　　　　This matter is before the Court on the Stipulated Motion of the Receiver to Establish Claims Procedure Plan and To Approve Claim Form.  Having considered the Motion, the Court finds that it should be granted.  Accordingly,

　　　　**IT IS ORDERED** that the claims procedure plan proposed by the Receiver is approved. Specifically:

　　　　1.　　An Official Claim Form in the format of Exhibit "A" attached to the Receiver's motion will be sent to any and all persons or entities believed to be an investor with any of the corporate defendants at such time as those persons or entities are identified by the Receiver;

　　　　2.　　An Official Claim Form in the format of Exhibit "B" attached to the Receiver's motion will be sent to any and all potential claimants who are not believed to be an investor (i.e., trade vendors) at such time as those potential claimants are identified by the Receiver;

3. A cover letter in the format of Exhibit "C" attached to the Receiver's motion will be sent along with each Claim Form;

4. The Claim Form must be returned to the Receiver within sixty (60) days after the claim form is mailed to the potential claimant. Claim forms not timely returned may be grounds to disallow the claim;

5. As a Claim Form is received, it will be assigned a sequential claim number to be used to identify the claim during further proceedings before this Court;

6. As a Claim Form is received, a post card in the form of Exhibit "D" attached to the Receiver's motion will be sent to each claimant;

7. Quarterly, beginning January 1, 2008, the Receiver will file a motion to allow claims which have been reviewed and verified by the Receiver during the preceding quarter to which the Receiver does not object or which he has resolved by agreement. If no objection to the proposed allowed claim(s) is lodged within thirty (30) days after the filing of the motion, the Court will enter an order that the particular claim(s) be allowed;

8. As a sufficient number are identified, the Receiver will also file a motion to disallow claims which have been reviewed by the Receiver to which the Receiver objects and a hearing to consider those disputed claims will be set at such time as the Court directs;

9. The allowance of a claim(s) will not, in and of itself, establish any priority as to ultimate payment of the claim. Rather, priority of payment will be established by future order of the Court.

SO ORDERED this 26th day of October, 2007.

_____
THE HONORABLE RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE