MARC J. FAGEL (Cal. Bar No. 154425)
JOHN S. YUN (Cal. Bar No. 112260)
THOMAS J. EME (Admitted in Illinois)
LLOYD A. FARNHAM (Cal. Bar No. 202231)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, <br><br> Defendants. | Case No. 2:07-cv-01724-LEW-CMK <br><br> STIPULATION AND ORDER REGARDING PRELIMINARY INJUNCTION |

**BACKGROUND**

1. On August 23, 2007, Plaintiff Securities and Exchange Commission ("Commission") filed its Complaint and other papers in this matter seeking injunctive relief, the appointment of a receiver, and other relief.

2. On August 24, 2007, the Court issued a Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, and an Order Appointing Temporary Receiver.  A hearing on these matters is currently set for November 2.

3. On October 24, 2007, the Commission filed a Notice of Defendants' Non-Opposition, asking the Court to adopt the provisions of the Temporary Restraining Order as the Court's Order of Preliminary Injunction, pending trial or further orders.  The Commission stated

in the notice that it hoped to soon file a stipulation with Defendant Donald F. Neuhaus regarding modified asset freeze provisions.

**STIPULATION**

4. The Commission and Donald F. Neuhaus ("Neuhaus") hereby stipulate that as applied to Neuhaus and his wife, the terms of the Temporary Restraining Order remain in force and effect pending trial or further court orders, except that excluded from the asset freeze provisions of the Temporary Restraining Order are future Social Security payments and other income that Neuhaus and/or his wife receive up to the combined total pre-tax amount of $3,000 monthly.

5. By entering into this stipulation, Neuhaus does not admit any civil or criminal liability.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

Dated: October 29, 2007         By /s/ Thomas J. Eme
                                    Thomas J. Eme
                                    John S. Yun
                                    Attorneys for Plaintiff Securities
                                    Exchange Commission

MOSS & LOCKE

Dated: October 29, 2007         By /s/ Bruce Locke (as authorized on 10/29/07)
                                    Bruce Locke
                                    Attorneys for Defendant
                                    Donald F. Neuhaus

**ORDER**

IT IS SO ORDERED.

SIGNED this 30th day of October, 2007.

_____
Honorable Ronald S.W. Lew
Senior, United States District Judge