1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

    vs.

SECURE INVESTMENT SERVICES, INC.,
AMERICAN FINANCIAL SERVICES, INC.,
LYNDON GROUP, INC., DONALD F. NEUHAUS,
and KIMBERLY A. SNOWDEN,

        Defendants.

Case No. 2:07-cv-01724-LEW-CMK

ORDER ON PRELIMINARY INJUNCTION
REQUEST

BACKGROUND

       This matter came before the Court at a hearing on November 2, 2007, on the issue of whether

the Court should issue a preliminary injunction as requested by Plaintiff Securities and Exchange

Commission ("Commission").

       On August 23, 2007, the Commission filed its complaint, application for a temporary

restraining order and order to show cause why a preliminary injunction should not issue, and other

items in support.  On August 24, 2007, the Court issued a temporary restraining order ("TRO") and

set the show cause hearing for September 21, 2007, later rescheduling the hearing for November 2.

1    On October 26, 2007, one week before the preliminary injunction hearing date, Defendant

2    Kimberly Snowden filed a notice stating that she did not oppose the principal injunctive relief sought

3    by the Commission, but did oppose certain asset freeze, discovery, and document preservation

4    language the Commission had proposed to the other parties.  Snowden's notice also sought a stay of

5    discovery.  On October 29, 2007, the Commission filed its reply brief, which included a request that

6    the Court strike Snowden's notice as untimely.

7                                                    ORDER

8    Having considered the papers submitted by the parties and their arguments presented at the

9    November 2 hearing, the Court now rules as follows:

10    1.    The Commission has demonstrated a likelihood of success on the merits, and

11    irreparable injury is presumed.  Accordingly, the Commission's request for a preliminary injunction

12    is GRANTED, in that the TRO is adopted as the Court's preliminary injunction order and will remain

13    in full force and effect until trial or further order of the Court, except that excluded from the asset

14    freeze provisions in paragraphs IV. and V. of the TRO are the following:  (a) all routine

15    disbursements, draws, and/or salaries that Kimberly Snowden's husband receives in the future from

16    his law firm; (b) future income that Kimberly Snowden receives up to the pre-tax amount of $1,800

17    monthly; and (c) future Social Security payments and other income that Donald Neuhaus and/or his

18    wife receive up to the combined total pre-tax amount of $3,000 monthly.

19    2.    Snowden's request for a stay of discovery is DENIED.

20    3.    The Commission's request to strike Snowden's October 26 notice is DENIED.

21    4.    IT IS ORDERED that all parties shall complete their initial disclosures under Rule

22    26(a) of the Federal Rules of Civil Procedure by November 9, 2007.

23

24

25

26    DATED:  November 6, 2007.

27    _____

Judge of the United States District Court

28

-2-         [PROPOSED] ORDER ON PRELIM. INJ.