**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY**
 **& LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
D. Dee Raibourn, III (Tex. Bar No. 24009495) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 871-2100
Facsimile:  (214) 871-2111

Attorneys for Receiver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　　　Defendants. | Case No.  2:07-cv-01724 LEW CMK<br><br>STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY LITZLER, SEGNER, SHAW & MCKENNEY; ORDER |

The parties, at the request of Michael J. Quilling, the Receiver appointed in these

proceedings, ("Receiver"), respectfully submit this Stipulated Motion for Order Authorizing

Receiver to Employ Litzler, Segner, Shaw & McKenney under L.R. 66-232.

//

//

1
STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY
LITZLER, SEGNER, SHAW & MCKENNEY; ORDER
123881.1

**BACKGROUND & AUTHORITY**

1.      By Order of October 30, 2007, the Court appointed Michael J. Quilling as Receiver for Secure Investment Services, Inc. ("SIS"), American Financial Services, Inc. ("AFS") and Lyndon Group, Inc. ("LGI") and other related entities.  In that capacity, the Court has authorized and charged the Receiver to take complete and exclusive control, possession, and custody of all receivership assets.

2.      The Order Appointing Receiver authorizes the Receiver to employ accountants as needed to preserve and maintain the Receivership Assets in this case:

> The Receiver is hereby authorized to employ such employees, accountants, and attorneys as is necessary and proper for the collection, preservation, maintenance and operation of the Receivership Assets and Receivership Records and to open bank accounts or other depository accounts in the name of the Receiver on behalf of the receivership estate.

*Order Appointing Receiver* [Dkt. No. 80] at ¶ 11.

3.      Accordingly, the Receiver requests authority under L.R. 66-232(g) to employ Litzler, Segner, Shaw & McKenney ("LSSM") of Dallas, Texas, to act as his accountants. LSSM has extensive experience in the discrete area of federal equitable receiverships.  Prior to the initiation of these proceedings and until the time the Court issued the Order Appointing Receiver, LSSM functioned as an expert witness for the Securities and Exchange Commission ("SEC") and in that role prepared an extensive analysis of the receivership entities' bank records and financial condition.  LSSM, with the consent of the SEC, has agreed to provide the Receiver the benefit of their prior services.  Accordingly, it would greatly benefit the receivership estate at no cost to be able to have and use that information.  Hiring other accountants would necessitate a duplication of the work and would take a considerable period of time at substantial expense.

4.      LSSM is acting as the Receiver's accountants in another receivership involving a large viatical company, with a life insurance policy portfolio valued at over $230 million.  The

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY
LITZLER, SEGNER, SHAW & MCKENNEY; ORDER

123881.1

1    Receiver believes that employing LSSM is in the best interest of the receivership estate because

2    it has the experience and resources to efficiently and effectively represent the Receiver in this

3    case and because of the prior work they have performed in these proceedings.

4         5.      LSSM will provide accounting services in this case at the hourly rates set forth in

5    Exhibit A.   The Receiver seeks Court approval to pay those amounts on a tentative basis

6    pursuant to Paragraph 17 of the Order Appointing Receiver pending a hearing for final approval

7    under L.R. 66-232.

8         6.      The Receiver requests that this Court enter an order authorizing him to employ

9    LSSM and to compensate them consistent with the terms described in Exhibit A.

10                                  **STIPULATION**

11        WHEREFORE, THE PARTIES STIPULATE to the entry of an order of this Court

12   authorizing the Receiver to employ LSSM and to compensate it consistent with the terms

13   described in Exhibit A.

14                                         BOUTIN GIBSON DI GIUSTO HODELL INC.

15

16   Dated:  November 30, 2007          By __/s/ Maralee MacDonald_____ _____
                                            Maralee MacDonald
17                                          Attorneys for Receiver of Secure
                                            Investment Services, Inc., American
18                                          Financial Services, Inc., and Lyndon
                                            Group, Inc.

19

20                                         SECURITIES AND EXCHANGE
                                           COMMISSION
21

22   Dated:  November 28, 2007          By _/s/ Thomas Eme (authorized 11/28/2007)_
                                            Thomas J. Eme
23                                          John S. Yun
                                            Attorneys for Plaintiff Securities
24                                          Exchange and Commission

25

26

27

28

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY
LITZLER, SEGNER, SHAW & MCKENNEY; ORDER
123881.1

1

MOSS & LOCKE

2 Dated:  November 26, 2007

By  _/s/ Bruce Locke (authorized 11/26/2007)_

3

Bruce Locke
Attorneys for Defendant
Donald Neuhaus

4

5

6

KENNY, SNOWDEN & NORINE

7 Dated:  November 30, 2007

By  _/s/ Mark Norcross (authorized 11/30/2007)

8

Mark Norcross
Attorneys for Defendant
Kimberly Snowden

9

10

**ORDER**

11

IT IS SO ORDERED.

12

13 Dated: December 3, 2007

_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY
LITZLER, SEGNER, SHAW & MCKENNEY; ORDER

123881.1

## EXHIBIT A

| | |
|---|---|
| Milo Segner, Partner | $350.00 |
| Jim Shaw, Partner | $350.00 |
| Edward Kigosi, Tax Accountant | $235.00 |
| Jana Hicks, Staff Accountant | $210.00 |
| Reed Nordyke, Forensic Analyst | $135.00 |
| Scott Reese, Paraprofessional | $ 95.00 |

STIPULATED MOTION FOR ORDER AUTHORIZING RECEIVER TO EMPLOY
LITZLER, SEGNER, SHAW & MCKENNEY; ORDER

123881.1