1 | MARC J. FAGEL (Cal. Bar No. 154425)
JOHN S. YUN (Cal. Bar No. 112260)
2 | THOMAS J. EME (Admitted in Illinois)
LLOYD A. FARNHAM (Cal. Bar No. 202231)
3 |
4 | Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
5 | 44 Montgomery Street, 26th Floor
San Francisco, California  94104
6 | Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
7 |
8 |
9 |                     UNITED STATES DISTRICT COURT
10 |                   EASTERN DISTRICT OF CALIFORNIA
11 |                        SACRAMENTO DIVISION
12 |
13 |
14 | SECURITIES AND EXCHANGE COMMISSION,     Case No. 2:07-CV-01724-LEW-CMK
15 |                Plaintiff,                JUDGMENT OF PERMANENT
                                             INJUNCTIVE RELIEF AND
16 |         v.                              SEVERING OTHER REMEDIES
                                             FOR LATER DETERMINATION AS
17 | SECURE INVESTMENT SERVICES, INC.,       TO SECURE INVESTMENT
AMERICAN FINANCIAL SERVICES, INC.,         SERVICES, INC., AMERICAN
18 | LYNDON GROUP, INC., DONALD F. NEUHAUS,  FINANCIAL SERVICES, INC., AND
and KIMBERLY A. SNOWDEN,                   LYNDON GROUP, INC.
19 |
                Defendants.
20 |
21 |        The Securities and Exchange Commission having filed a Complaint and Defendants
22 | Secure Investment Services, Inc., American Financial Services, Inc., and Lyndon Group, Inc.
23 | ("Defendants") having entered a general appearance by and through their Court-appointed
24 | Receiver; consented to the Court's jurisdiction over Defendants and the subject matter of this
25 | action; consented to entry of this Judgment of Permanent Injunctive Relief and Severing other
26 | Remedies for Later Determination as to Secure Investment Services, Inc., American Financial
27 | Services, Inc., and Lyndon Group, Inc. ("Judgment") without admitting or denying the
28 |

PDF created with pdfFactory trial version www.pdffactory.com

1   allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions

2   of law; and waived any right to appeal from this Judgment:

3                                           I.

4         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants and their

5   respective officers, agents, servants, employees, attorneys, and those persons in active concert or

6   participation with any of them, who receive actual notice of this Judgment, by personal service

7   or otherwise, and each of them, are permanently restrained and enjoined from, directly or

8   indirectly, through the use of the means or instruments of transportation or communication in

9   interstate commerce or the mails, offering to sell or selling securities, or, directly or indirectly,

10  carrying or causing securities to be carried through the mails or in interstate commerce, for the

11  purpose of selling or delivery after selling, in violation of Sections 5(a) and 5(c) of the Securities

12  Act of 1933 ("Securities Act") [15 U.S.C. §§ 77(e)(a) and 77(e)(c)].

13                                          II.

14        IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that

15  Defendants and their respective officers, agents, servants, employees, attorneys, and those

16  persons in active concert or participation with any of them, who receive actual notice of this

17  Judgment, by personal service or otherwise, and each of them, are permanently restrained and

18  enjoined from, directly or indirectly, in the offer or sale of any securities, by the use of any

19  means or instruments of transportation or communication in interstate commerce or by the use of

20  the mails:

21        A. Employing any device, scheme or artifice to defraud;

22        B. Obtaining money or property by means of any untrue statement of a material fact or

23            any omission to state a material fact necessary in order to make the statements made,

24            in the light of the circumstances under which they were made, not misleading; or

25        C. Engaging in any transaction, practice, or course of business which operates or would

26            operate as a fraud or deceit upon the purchaser;

27  in violation of Section 17(a) of the Securities Act [15 U.S.C. § 77q(a)].

28

[PROPOSED] JUDGMENT AS TO SIS,
AFS, AND LYNDON GROUP

PDF created with pdfFactory trial version www.pdffactory.com

III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and their respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from, directly or indirectly, in connection with the purchase or sale of any securities, by the use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange:

    A. Employing any device, scheme or artifice to defraud;

    B. Making any untrue statement of a material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    C. Engaging in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

in violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78j(b)] and Exchange Act Rule 10b-5 [17 C.F.R. § 240.10b-5].

IV.

Upon motion of the Commission, the Court shall determine whether it is appropriate to order disgorgement of ill-gotten gains and prejudgment interest thereon, and/or a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)], and, if so, the amount(s) of the disgorgement and/or civil penalty.  In connection with the Commission's motion for disgorgement and/or civil penalties, and at any hearing held on such a motion: (a) Defendants will be precluded from arguing that they did not violate the federal securities laws as alleged in the Complaint; (b) Defendants may not challenge the validity of the Consent of Secure Investment Services, Inc., American Financial Services, Inc., and Lyndon Group, Inc. ("Consent") or this Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of

[PROPOSED] JUDGMENT AS TO SIS, AFS, AND LYNDON GROUP

PDF created with pdfFactory trial version www.pdffactory.com

1   affidavits, declarations, excerpts of sworn deposition or investigative testimony, and

2   documentary evidence, without regard to the standards for summary judgment contained in Rule

3   56(c) of the Federal Rules of Civil Procedure.  In connection with the Commission's motion for

4   disgorgement and/or civil penalties, the parties may take discovery, including discovery from

5   appropriate non-parties.

6                                                    V.

7            IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

8   incorporated herein with the same force and effect as if fully set forth herein, and that

9   Defendants shall comply with all of the undertakings and agreements set forth therein.

10                                                   VI.

11           IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

12   jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

13                                                  VII.

14           There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

15   Procedure, the Clerk is ORDERED to enter this Judgment forthwith and without further notice.

16

17   Dated:  January 10, 2008

18

19                                          /s/ Ronald S. W. Lew
                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT AS TO SIS,
AFS, AND LYNDON GROUP

PDF created with pdfFactory trial version www.pdffactory.com