UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>        Defendants. | Case No.  2:07-cv-01724 LEW CMK<br><br>**ORDER GRANTING RECEIVER'S NOTICE OF MOTION AND FIRST MOTION FOR ORDER TO ALLOW "A" CLAIMS** |

THIS MATTER having come before the Court on the Receiver's First Motion for Order to Allow "A" Claims, and this Court having considered the premises and finding good cause therefore,

IT IS ORDERED that the Receiver's First Motion for Order to Allow "A" Claims is hereby GRANTED, and the forty-one (41) investor claims reflected on Exhibit A to the Receiver's First Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

Dated: February 4, 2008

_____
Hon. Ronald S.W. Lew
SENIOR U.S. DISTRICT COURT JUDGE

ORDER GRANTING RECEIVER'S FIRST MOTION TO ALLOW "A" CLAIMS

- 1 -

124899.1