UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No. 2:07-CV-01724 LEW CMK<br><br>ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO APPROVE BANK FINANCING AND FOR EXPEDITED CONSIDERATION |

On this day, the Court considered the Receiver's Unopposed Motion to Approve Bank Financing and Request for Expedited Consideration. The Motion, originally set for April 4, 2008, is hereby taken under submission. Having considered all papers and arguments, THE COURT NOW FINDS AND RULES AS FOLLOWS:

///

1

The Receiver is hereby authorized to execute the loan documents attached to his motion and to pay the necessary legal fees that Sovereign Bank incurred while negotiating that financing agreement.

DATED: March 13, 2008.

*Ronald SW Lew*

_____
SENIOR U. S. DISTRICT JUDGE
HONORABLE RONALD S.W. LEW