1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:07-CV-01724-LEW-CMK |
| Plaintiff, | ORDER OF SUBSTITUTION |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

Plaintiff Securities and Exchange Commission ("Commission") has come before the Court on a Motion to Substitute a Successor to Defendant Donald F. Neuhaus, under Rule 25(a) of the Federal Rules of Civil Procedure. The Motion, originally set for April 4, 2008, is hereby taken under submission. As the Defendant Donald Neuhaus has died during the pendency of the above proceeding, the Commission seeks to substitute the personal representative of the estate as the proper defendant in this action.

The Court, having considered the motion, attached exhibits, and the pleadings on file, determines that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Linda Neuhaus, in her capacity as the administrator and personal representative of the estate of Donald Neuhaus, is substituted in this action for Defendant Donald F. Neuhaus.

DATED: March 24, 2008.

Honorable Ronald S.W. Lew
Senior United States District Court Judge