UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>   v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.2:07-cv-001724 LEW CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S FIRST INTERIM APPLICATION |

Currently before the Court is the Receiver's First Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Application, originally set for April 4, 2008, is hereby taken under submission. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

1  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local
2 Counsel Boutin Gibson Di Giusto Hodell Inc. be paid and Boutin Gibson Di Giusto Hodell Inc.'s
3 expenses reimbursed, as set forth in Receiver's First Interim Application to Allow and Pay
4 Attorneys' Fees and Expenses of Local Counsel.

6  DATED: March 24, 2008.

*Ronald S.W. Lew*

SENIOR U.S. DISTRICT JUDGE
HONORABLE RONALD S.W. LEW