UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.2:07-cv-001724 LEW CMK<br><br>ORDER ALLOWING PAYMENT OF (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEYS' FEES AND EXPENSES IN RECEIVER'S FIRST INTERIM APPLICATION |

Before this Court is the Receiver's First Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses of Quilling, Selander, Cummiskey & Lownds, P.C. The Application, originally set for April 4, 2008, is hereby taken under submission. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

1    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the fees and
2 expenses of the Receiver be paid, and (2) the fees of Quilling, Selander, Cummiskey & Lownds,
3 P.C. be paid and Quilling, Selander, Cummiskey & Lownds, P.C.'s expenses reimbursed, as set
4 forth in Receiver's First Interim Application to Allow and Pay (1) Receiver's Fees and Expenses
5 and (2) Attorneys' Fees and Expenses.

7    DATED: March 24, 2008.

*Ronald S.W. Lew*
_____
SENIOR U.S. DISTRICT JUDGE
HONORABLE RONALD S.W. LEW