IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>KIMBERLY SNOWDEN; ROBERT EBERLE;<br>BARBARA EBERLE; CLIFFORD PALM;<br>ROBERT KOPPEL; DAVID GODLENBERG;<br>and MARK ERIC WOLOK,<br><br>        Defendants.<br>_____ | 2:07-cr-00366-GEB<br><br><br><br>RELATED CASE ORDER |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>  v.<br><br>SECURE INVESTMENT SERVICES, INC.;<br>AMERICAN FINANCIAL SERVICES, INC.;<br>LYNDON GROUP, INC.; LINDA NEUHAUS,<br>as Administrator and Personal<br>Representative of the Estate of<br>Donald F. Neuhaus, deceased, and<br>KIMBERLY A SNOWDEN,<br><br>        Defendants.<br>_____ | 2:07-cv-01724-LEW-CMK |

On August 23, 2007, Plaintiff Securities and Exchange Commission ("Plaintiff") filed a Notice of Related Case document in which it asserted that the civil action designated as 07-cv-01724-LEW-CMK is potentially related to the above captioned criminal action. On August 27, 2007, Plaintiff filed a Supplement to Notice of Related

1

1  Case document, wherein Plaintiff stated that a change in circumstances
2  meant that judicial efficiency would no longer result from relating
3  the cases and having the cases assigned to a single judge.  Since the
4  visiting judge to whom the civil action was assigned will discontinue
5  visiting to handle that action, the Notice of Related Case matter is
6  reconsidered, and it is determined that the above-captioned actions
7  are related. Under the regular practice of this court, related cases
8  are generally assigned to the judge to whom the first filed action was
9  assigned.

10         IT IS THEREFORE ORDERED that the action denominated 07-cv-
11  01724-LEW-CMK is reassigned to Judge Garland E. Burrell, Jr., for all
12  further proceedings.  Henceforth, the case designation on documents
13  filed in the reassigned case shall be shown as 07-cv-01724-GEB-CMK.

14         IT IS FURTHER ORDERED that the Clerk of the Court make
15  appropriate adjustment in the assignment of civil cases to compensate
16  for this reassignment.

17         A status (pretrial scheduling) conference in the reassigned
18  case shall be held on June 9, 2008 at 9:00 a.m.  The parties in the
19  reassigned case filed a "Joint Status Report and Statement Re Rule
20  26(f) Discovery Conference" on March 7, 2008, in which trial dates are
21  proposed, but other typically proposed scheduling dates are not
22  proposed.  Therefore, these parties shall file another Joint Status
23  Report no later than fourteen (14) days prior to the June 9 status
24  conference, in which they provide more specific scheduling dates.

25  Dated:  April 24, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge