**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY
 & LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
D. Dee Raibourn, III (Tex. Bar No. 24009495) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 871-2100
Facsimile:  (214) 871-2111

Attorneys for Michael J. Quilling
Receiver of Defendants Secure Investment Services, Inc.,
American Financial Services, Inc., and Lyndon Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>STIPULATED MOTION TO AUTHORIZE RECEIVER TO EMPLOY FACIO ABOGADOS AND REQUEST FOR EXPEDITED CONSIDERATION |

TO:   THE HONORABLE GARLAND E. BURRELL, JR.
         UNITED STATES DISTRICT JUDGE

The parties, except substituted defendant and decedent Linda Neuhaus, administrator of the Estate of Donald F. Neuhaus, at the request of Michael J. Quilling, in his capacity as Receiver appointed in these proceedings ("Receiver"), respectfully submit this Stipulated Motion to Authorize Receiver to Employ Facio Abogados and Request for Expedited Consideration under L.R. 66-232.

**RECITALS**

1.      By Order dated August 24, 2007, the Court appointed Michael J. Quilling as Receiver for Secure Investment Services, Inc. ("SIS"), American Financial Services, Inc. ("AFS") and Lyndon Group, Inc. ("LGI").  In that capacity, the Court has authorized and charged the Receiver to take complete and exclusive control, possession, and custody of all receivership assets.  The temporary appointment of the Receiver by virtue of the foregoing Order was made permanent by Order dated October 31, 2007 [Dkt. No. 80] ("Order Appointing Receiver").

2.      Paragraph 10 of the Order Appointing Receiver authorizes the Receiver to employ attorneys as may be necessary and proper for the collection, preservation, maintenance and operation of the receivership assets.  One of the assets of the receivership is a number of purported bonds issued by Provident Capital & Indemnity ("PCI") an alleged bonding company in Costa Rica.  These bonds were issued to provide a payment source should the insureds not die at the end of their life expectancy as represented to investors.  Under the provisions of the bond, if the insured was still alive at the end of the life expectancy, the bonding company would pay the amount of the death benefits as if the insured had died and then step into the shoes of the owner of the insurance policy.  Although it is the Receiver's experience that most, if not all, bonding companies which engage in this type of business are fraudulent, the potential exists that PCI is legitimate and that the bonds would provide a source of recovery for the investors.

3.      Given the fact that PCI is located in Costa Rica, the Receiver has determined that it would be prudent to retain counsel in Costa Rica to assist the efforts of the Receiver in determining the bona fides of PCI and furthering demand upon the bonds which are now beginning to mature.  Specifically, the Receiver requests that he be authorized to retain Facio Abogados which is a law firm with offices in Costa Rica.  In particular, the partner at that law firm is Alejandro Pignataro.  Mr. Pignataro and his law firm have experience in the representation of receivers and come highly recommended to the Receiver by others who have utilized their services in the past in connection with navigating through legal affairs in Costa Rica.

4. Mr. Pignataro has advised the Receiver that the hourly rates for services of the lawyers and paralegals at Facio Abogados are $200.00 for partners, $150.00 for associates, and $125.00 for paralegals. The Receiver believes that these rates are reasonable. Mr. Pignataro has also requested that the Receiver provide an initial $10,000.00 retainer so that he may begin his efforts in assisting the Receiver. The Receiver believes that the requested retainer is also reasonable and seeks authority to be allowed to forward that retainer to Facio Abogados.

## **STIPULATION**

WHEREFORE, THE PARTIES STIPULATE to the entry of an order of this Court authorizing the Receiver to employ and retain the Facio Abogados law firm and to forward an initial retainer of $10,000.00 and further stipulate that this matter be submitted for expedited consideration by this Court.

BOUTIN GIBSON DI GIUSTO HODELL INC.

Dated: July 14, 2008      By  */s/ Maralee MacDonald*
                               Maralee MacDonald
                               Attorneys for Receiver of Secure
                               Investment Services, Inc., American
                               Financial Services, Inc., and Lyndon
                               Group, Inc.


SECURITIES AND EXCHANGE
COMMISSION

Dated: July 10, 2008      By  */s/ Thomas J. Em*e (authorized 7/10/08)
                               Thomas J. Eme
                               John S. Yun
                               Attorneys for Plaintiff Securities
                               Exchange and Commission


KENNY, SNOWDEN & NORINE

Dated: July 10, 2008      By  */s/ Jonz C. Norine* (authorized 7/10/08)
                               Jonz C. Norine
                               Attorneys for Defendant
                               Kimberly Snowden

| | | |
|---|---|---|
| 1 | Dated: July 11, 2008 | MUNSCH HARDT KOPF & HARR, P.C. |
| 2 | | |
| 3 | | By _/s/ Dennis L. Roosien, Jr._ (authorized 7/11/08) |
| | | Dennis L. Roosien, Jr. |
| 4 | | Attorneys for Examiner |
| | | Steven A. Harr |

**ORDER**

IT IS SO ORDERED.

Dated: July 22, 2008

_____
Honorable Garland E. Burrell, Jr.
United States District Court Judge

**CERTIFICATE OF MAILING**

I hereby certify that on the 14th of July, 2008, a copy of this Stipulated Motion was served on the following by First Class United States Mail:

Bazzle John Wilson  
1291 Nunneley  
Paradise, CA  95969

J.D. Zink  
Zink & Lenzi  
250 Vallombrosa Ave., #175  
Chico, CA  95926

*/s/ Maralee MacDonald*  
Maralee MacDonald