IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,                          )
                                     )
              Plaintiff,             )      2:07-cv-01724-GEB-CMK
                                     )
         v.                          )      ORDER[*]
                                     )
SECURE INVESTMENT SERVICES, INC.;    )
AMERICAN FINANCIAL SERVICES, INC.;   )
LYNDON GROUP, INC.; KIMBERLY         )
SNOWDEN; and LINDA NEUHAUS, in her   )
capacity as the administrator and    )
personal representative of the       )
estate of Donald Neuhaus,            )
                                     )
              Defendants.            )
_____)

         On July 9, 2008, Examiner Steven A. Harr filed a first

interim application to allow payment of the fees and expenses of the

Examiner and the fees and expenses of Munsch Hardt Kopf & Harr, P.C.

("MHKH"), his attorneys, for the period from November 8, 2007 to May

15, 2008.  Plaintiff Securities and Exchange Commission and Receiver

Michael J. Quilling filed non-oppositions to the motion.  The Examiner

submits MHKH's billing invoices as evidence of the hours worked.  As a

---

[*]      This matter was determined to be suitable for decision without
oral argument.  L.R. 78-230(h).

1

review of the billing invoices shows the hours billed by the Examiner
and MHKH were reasonably expended, the motion is granted.  The
Examiner and MHKH are hereby awarded $18,051.00 in fees and $1,133.55
in costs, to be paid from the receivership assets.

IT IS SO ORDERED.

Dated:  September 5, 2008

GARLAND E. BURRELL, JR.
United States District Judge