**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
D. Dee Raibourn, III (Tex. Bar No. 24009495) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 871-2100
Facsimile:  (214) 871-2111

Attorneys for Michael J. Quilling
Receiver of Defendants Secure Investment Services, Inc.,
American Financial Services, Inc., and Lyndon Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>     v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>          Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER ON RECEIVER'S MOTION TO EXPAND RECEIVERSHIP TO INCLUDE CASH FOR LIFE TRUST<br><br>Hearing Date:     October 20, 2008<br>Department:       10<br>Time:                  9:00 a.m. |

This matter came before the Court on the motion of Michael J. Quilling, the appointed receiver in these proceedings, ("Receiver") for an order expanding the receivership to include Cash For Life Trust.  The Court finds it necessary to appoint a receiver for Cash For Life Trust because: (1) Cash For Life Trust should be treated in the same manner as Donald Neuhaus' other entities; (2) appointing a receiver would place someone in control of the VAS-I policy; (3) it would greatly

1  reduce the time and expense of litigating the Receiver's claim to the VAS-I policy; and (4) it
2  would serve the best interests of the receivership estate and those who invested in the VAS-I
3  policy.

4       IT IS THEREFORE ORDERED that Cash For Life Trust is placed in receivership and
5  Michael J. Quilling is appointed receiver.  The Agreed Order Appointing Receiver (Dkt. No. 80) is
6  amended to include Cash For Life Trust.  All provisions of that order shall remain in effect and
7  apply equally to Cash For Life Trust as well as Secure Investment Services, Inc., American
8  Financial Services, Inc., and Lyndon Group, Inc.
9  Dated:  October 15, 2008.

                  GARLAND E. BURRELL, JR.
                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2008, a copy of this [Proposed] Order was served on the following by First Class United States Mail:

Bazzle John Wilson
1291 Nunneley
Paradise, CA  95969

J.D. Zink
Zink & Lenzi
250 Vallombrosa Ave., #175
Chico, CA  95926

　　　　　　　　　　　　　　　　　*/s/ Maralee MacDonald*
　　　　　　　　　　　　　　　　　Maralee MacDonald