**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
D. Dee Raibourn, III (Tex. Bar No. 24009495) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

Attorneys for Receiver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-01724 LEW CMK<br><br>**STIPULATION AND ORDER FOR RECEIVER TO RETURN FUNDS TO KATSUREN FAMILY TRUST**<br><br>Date: Nov. 3, 2008<br>Time: 9:00 a.m.<br>Courtroom: 10 |

The undersigned submit this stipulation and order for Michael J. Quilling, the Receiver appointed in these proceedings, ("Receiver"), to return certain funds to the Katsuren Family Trust. Receiver understands that the Securities and Exchange Commission will file a separate statement of non-opposition.

//

1
STIPULATION AND ORDER FOR RECEIVER TO RETURN FUNDS TO KATSUREN FAMILY TRUST

137685.1

# RECITALS

1. On or about August 21 or 22, 2007, Elke Katsuren, Trustee of the Katsuren Family Trust ("Katsuren") deposited her check in the amount of Two Hundred Thousand Dollars ($200,000.00) to defendant Secure Investment Services, Inc.

2. On or about August 23, 2007, the Securities and Exchange Commission filed the Complaint in this action. On August 24, 2007, the Court issued a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction and Order Appointing Temporary Receiver. Michael J. Quilling was appointed as temporary receiver of various entities, including Secure Investment Services, Inc. The Order Appointing Temporary Receiver ordered a freeze of all of the receivership entities' assets, including any bank accounts.

3. Katsuren's check was not "finally paid" into Secure Investment Services Inc.'s bank account until after the Court issued the Order Appointing Temporary Receiver.

4. On October 3, 2008, Katsuren filed a motion for limited intervention to obtain a court order for the return of the funds from the check referenced above [Dkt 315].

5. The parties do not agree with a number of the grounds Katsuren advances in her motion for limited intervention. However, the parties do agree on solely one ground, based on California law and enumerated below, and in the interests of judicial economy stipulate as follows.

# STIPULATION

6. Pursuant to California law, Katsuren's check was not finally paid to Secure Investment Services, Inc.'s bank account as of time that the Order Appointing Temporary Receiver was issued by the Court. The Court should order the return of Katsuren's funds from the receivership based on that ground.

//

7. Upon the Court's entry of this Stipulation and Order, the November 3, 2008 hearing will be taken off calendar.

BOUTIN GIBSON DI GIUSTO HODELL INC.

Dated: October 17, 2008

By */s/ Maralee MacDonald*
  Maralee MacDonald
  Attorneys for Receiver of Secure Investment Services, Inc., American Financial Services, Inc., and Lyndon Group, Inc.

KENNY, SNOWDEN & NORINE

Dated: October 16, 2008

By */s/ Jonz Norine    (authorized 10/16/08)*
  Jonz Norine
  Attorneys for Defendant Kimberly Snowden

Dated: October 16, 2008

MUNSCH HARDT KOPF & HARR, P.C.

By*/s/ Dennis L. Roossien, Jr. (authorized 10/16/08)*
  Dennis L. Roossien, Jr.
  Attorneys for Examiner

Dated: October 16, 2008

ROWLETT LAW GROUP

By */s/ Robert D. Rowlett (authorized 10/16/08)*
  Robert D. Rowlett
  Attorney for Movant Katsuren Family Trust

**ORDER**

IT IS SO ORDERED.

Dated: 10/24/08

*[signature]*

Honorable Garland E. Burrell, Jr.
United States District Court Judge