MARC J. FAGEL (Cal. Bar No. 154425)
JOHN S. YUN (Cal. Bar No. 112260)
THOMAS J. EME (Admitted in Illinois)
LLOYD A. FARNHAM (Cal. Bar No. 202231)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br>    v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., LINDA NEUHAUS in her capacity as administrator and personal representative of the estate of Donald F. Neuhaus, and KIMBERLY A. SNOWDEN,<br><br>         Defendants. | Case No. 2:07-CV-01724-GEB-CMK<br><br>ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST THE ESTATE OF DONALD F. NEUHAUS |

### ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Securities and Exchange Commission ("Commission") has moved the Court for an order of voluntary dismissal without prejudice of all claims against the estate of deceased defendant Donald F. Neuhaus ("Neuhaus"), pursuant to Federal Rule of Civil Procedure 41(a)(2).  In its motion, the Commission states that it does not intend to attempt to substitute a new representative defendant for Neuhaus's estate.  The motion asks the Court to dismiss

1  without prejudice all of the Commission's claims against Neuhaus's estate, pursuant to Federal

2  Rule of Civil Procedure 41(a)(2).

3        GOOD CAUSE APPEARING, the Court hereby grants the Commission's motion for

4  voluntary dismissal, without prejudice, of all claims against the estate of Donald F. Neuhaus.

5        SO ORDERED.

7  Dated: 11/6/08

        Garland E. Burrell, Jr.
        United States District Judge