UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT<br>OF PREMIUM SHARE [SLE-K(3)]<br><br>Date:         December 15, 2008<br>Time:        9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share [SLE-K(3)]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Robert Erickson shall, within 10 days of the date of this Order, pay the Receiver $17,284.59 for his share of the premiums.

It is FURTHER ORDERED that Robert Erickson shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Robert Erickson fail to pay $17,284.59 for his share of the premiums or his percentage share of any additional premium obligations as they become due, Robert Erickson's 18.9524% ownership and beneficial interest in the SLE-K(3) Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $108,299.63 in his favor.

1  It is FURTHER ORDERED that in the event Robert Erickson's ownership and beneficial
2  interest is forfeited to the receivership estate, then New York Life Insurance Company is
3  ORDERED to change its records to reflect and effectuate the transfer.
4
5  SIGNED this 10th day of December 2008.
6
7
8  UNITED STATES DISTRICT JUDGE
   HONORABLE GARLAND E. BURRELL, JR.

1 | CERTIFICATE OF CERTIFIED MAIL SERVICE

2

3  I hereby certify that on the 21st day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the

4 following investor named as owner of the SLE-K(3) Policy at his last known address:

5 Robert Erickson
8354 Citruswood Lane
6 Citrus Heights, CA  95610-0712

7                                                      /s/ Michael J. Quilling
                                                       Michael J. Quilling
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | | |
|---|---|---|
| Linda Neuhaus | Bazzle John Wilson | J.D. Zink |
| 2701 Park Marina Drive | 1291 Nunneley Road | Zink & Lenzi |
| Redding, CA  96001 | Paradise, CA  95969 | 250 Vallombrosa Ave., Suite 175 |
| | | Chico, CA  95926 |

                                            */s/ Maralee MacDonald*
                                              Maralee MacDonald