UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>   v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>      Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER APPROVING RECEIVER'S INTERIM REPORT FOR THE PERIOD ENDED SEPTEMBER 30, 2008<br><br>Date:         December 15, 2008<br>Time:        9:00 a.m.<br>Department:  10 |

On this day, the Court considered the Application For Approval of Receiver's Interim Report for the Period Ended September 30, 2008, and good cause appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Receiver's Interim Report for Period Ended September 30, 2008 is approved, and the receivership shall continue.

SIGNED 12/10/08.

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by U.S. First Class Mail:

| | | |
|---|---|---|
| Linda Neuhaus | Bazzle John Wilson | J.D. Zink |
| 2701 Park Marina Drive | 1291 Nunneley Road | Zink & Lenzi |
| Redding, CA  96001 | Paradise, CA  95969 | 250 Vallombrosa Ave., Suite 175 |
| | | Chico, CA  95926 |

          */s/ Maralee MacDonald*
          Maralee MacDonald