UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br>   v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>   Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER DIRECTING DISCLOSURE OF POLICY INFORMATION TO THE RECEIVER<br><br>Date:         December 15, 2008<br>Time:         9:00<br>Department  10 |

This matter comes before the Court on Receiver Michael J. Quilling's motion for an order directing disclosure of policy information to the Receiver.  The Court, having considered the motion, the attached exhibits, the pleadings on file, and finding good cause therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that Sun Life Financial and Sun Life Assurance Company of Canada shall disclose to the Receiver or his agents—including National Viatical, Inc.—the following information about policy no. 020070476 upon request and without written consent from the other joint owners of record: (a) the current death benefit amount; (b) any loans against the policy or its death benefit; (c) the dates and amounts for current and anticipated premium payments; (d) any assignments of ownership or beneficiary interests; (e) verification of coverage; (f) the current cash value or cash surrender value; and (g) the current and anticipated cost of insurance as calculated on an annual basis.

1    IT IS ORDERED, ADJUDGED, AND DECREED that this order prospectively applies to
2 all other providers with insurance policies where the Receiver has an ownership interest or pays
3 premiums.  Those providers shall also disclose the information described above to the Receiver
4 or his agents—including National Viatical, Inc.—upon request and without written consent from
5 other joint owners of record.

7 SIGNED this 10th day of December 2008.    _____
                                              GARLAND E. BURRELL, JR.
8                                             United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class US Mail:

| | | |
|---|---|---|
| Linda Neuhaus | Bazzle John Wilson | J.D. Zink |
| 2701 Park Marina Drive | 1291 Nunneley Road | Zink & Lenzi |
| Redding, CA 96001 | Paradise, CA 95969 | 250 Vallombrosa Ave., Suite 175 |
| | | Chico, CA 95926 |

                    */s/ Maralee MacDonald*
                    Maralee Macdonald