UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>  Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE [SHO-I(1)]<br><br>Date:         December 15, 2008<br>Time:        9:00 a.m.<br>Department:   10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share [SHO-I(1)].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that JoAnne Barbier d/b/a Heritage Enterprises shall, within 10 days of the date of this Order, pay the Receiver $3,244.39 for her share of the premiums.

It is FURTHER ORDERED that JoAnne Barbier d/b/a Heritage Enterprises shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should JoAnne Barbier d/b/a Heritage Enterprises fail to pay $3,244.39 for her share of the premiums or her percentage share of any additional premium obligations as they become due, then the 2.667% ownership and beneficial interest held in the

name of Heritage Enterprises in the SHO-I(1) Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $20,000.00 in its favor.

It is FURTHER ORDERED that in the event Heritage Enterprises's ownership and beneficial interest is forfeited to the receivership estate, then Lincoln National Life Insurance Company is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED this 10 day of December 2008.

_____
GARLAND E. BURRELL, JR.
United States District Judge

## CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 29th day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SHO-I(1) Policy at her last known address:

Jo Anne Barbier d/b/a Heritage Enterprises
P. O. Box 991071
Redding, CA  96099

             /s/ Michael J. Quilling
Michael J. Quilling

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Linda Neuhaus  
2701 Park Marina Drive  
Redding, CA  96001  

Bazzle John Wilson  
1291 Nunneley Road  
Paradise, CA  95969  

J.D. Zink  
Zink & Lenzi  
250 Vallombrosa Avenue, Suite 175  
Chico, CA  95926  

*/s/ Maralee MacDonald*  
Maralee MacDonald