UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>        Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE [BIE-F&L]<br><br>Date:           December 15, 2008<br>Time:          9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share [BIE-F&L]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that the Estate of Benjamin McNutt, Deceased shall, within 10 days of the date of this Order, pay the Receiver $24,169.02 for his share of the premiums.

It is FURTHER ORDERED that the Estate of Benjamin McNutt, Deceased shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should the Estate of Benjamin McNutt, Deceased fail to pay $24,169.02 for his share of the premiums or his percentage share of any additional premium obligations as they become due, then the Estate of Benjamin McNutt, Deceased's 10.8576%

ownership and beneficial interest in the BIE-F&L Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $144,768.47 in his favor.

It is FURTHER ORDERED that in the event the Estate of Benjamin McNutt, Deceased's ownership and beneficial interest is forfeited to the receivership estate, then American General is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED the 12th day of December 200

*/s/ Garland E. Burrell Jr.*
GARLAND E. BURRELL JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 30th day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the BIE-F&L Policy at his last known address:

Brian McNutt, Representative of the
Estate of Benjamin McNutt, Deceased
426 W. 25th Avenue
San Mateo, CA  94403

Colleen McAvoy
McGlashen & Sarrail
177 Bovet Road, 6th Floor
San Mateo, CA  94402

*/s/ Michael J. Quilling*
Michael J. Quilling

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Linda Neuhaus<br>2701 Park Marina Drive<br>Redding, CA  96001 | Bazzle John Wilson<br>1291 Nunneley Road<br>Paradise, CA  95969 |

J.D. Zink
Zink & Lenzi
250 Vallombrosa Avenue, Suite 175
Chico, CA  95926

                                            */s/ Maralee MacDonald*
                                    Maralee MacDonald

**[Proposed] Order Compelling Payment Of Premium Share [BIE-F&L]**

**138260.1**