**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
D. Dee Raibourn, III (Tex. Bar No. 24009495) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

Attorneys for Michael J. Quilling
Receiver of Defendants Secure Investment Services, Inc.,
American Financial Services, Inc., and Lyndon Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>[PROPOSED] ORDER ON RECEIVER'S MOTION TO COMPEL LON W. HALLEY TO TRANSFER OWNERSHIP INTEREST<br><br>Date: November 17, 2008<br>Time: 9:00<br>Department 10 |

This matter came before the Court on the motion of Michael J. Quilling, the appointed receiver in these proceedings, ("Receiver") for an compelling Lon W. Halley to execute the transfer forms attached to the motion as Exhibit 2 and to immediately deliver those forms to the Receiver,

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Lon W. Halley immediately execute the transfer forms
2 and deliver those forms to the Receiver.
3 Dated: December 19, 2008.

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

# **CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of October, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by U.S. Certified Mail, Return Receipt Requested:

| | | |
|---|---|---|
| Lon Halley | Linda Neuhaus | Bazzle John Wilson |
| 561 E. Lindo Avenue, Suite 2 | 2701 Park Marina Drive | 1291 Nunneley Road |
| Chico, CA  95926-2266 | Redding, CA  96001 | Paradise, CA  95969 |

J.D. Zink
Zink & Lenzi
250 Vallombrosa Ave., Suite 175
Chico, CA  95926

                                                              */s/ Maralee MacDonald*
                                                                Maralee MacDonald