UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>       Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM MARC DAMIAN CHIPS [QUI-W(1)] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Marc Damian Chips [QUI-W(1)].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Marc Damian Chips shall, within 10 days of the date of this Order, pay the Receiver $1,860.34 for his share of the premiums.

It is FURTHER ORDERED that Marc Damian Chips shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Marc Damian Chips fail to pay $1,860.34 for his share of the premiums or his percentage share of any additional premium obligations as they become due, Marc Damian Chips's 7.1% ownership and beneficial interest in the QUI-W(1) Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $25,000.00 in his favor.

1   It is FURTHER ORDERED that in the event Marc Damian Chips's ownership and
2   beneficial interest is forfeited to the receivership estate, then Mutual of Omaha is ORDERED to
3   change its records to reflect and effectuate the transfer.
4   SIGNED this 5th day of January, 2009.

GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OF CERTIFIED MAIL SERVICE**

I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the QUI-W(1) Policy at his last known address:

Marc Damian Chips
10815 Foothill Avenue
Gilroy, CA  95020

  */s/ Michael J. Quilling*
Michael J. Quilling

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Lon W. Halley  
561 E. Linda Avenue, Suite 1  
Chico, CA  95926

Bazzle John Wilson  
1291 Nunneley Road  
Paradise, CA  95969

Ernest Jeremias  
5022 17th Avenue, Apt. 1  
Brooklyn, NY  11204

            */s/ Maralee MacDonald*  
Maralee MacDonald

**[Proposed] Order Compelling Payment Of Premium Share from Marc Damian Chips [QUI-W(1)]**

139605.1