UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM JILL CATANIA AND ANTHONY CATANIA [SLE-K(1)] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Jill Catania and Anthony Catania [SLE-K(1)]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Jill Catania and Anthony Catania shall, within 10 days of the date of this Order, pay the Receiver $2,546.37 for their share of the premiums.

It is FURTHER ORDERED that Jill Catania and Anthony Catania shall pay the Receiver their percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Jill Catania and Anthony Catania fail to pay $2,546.37 for their share of the premiums or their percentage share of any additional premium obligations as they become due, Jill Catania and Anthony Catania's 3.15000315% ownership and beneficial interest in the SLE-K(1) Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $15,000.00 in their favor.

- 1 -

**[Proposed] Order Compelling Payment Of Premium Share from Jill Catania and Anthony Catania [SLE-K(1)]**

139638.1

1   It is FURTHER ORDERED that in the event Jill Catania's and Anthony Catania's
2   ownership and beneficial interest is forfeited to the receivership estate, then John Hancock is
3   ORDERED to change its records to reflect and effectuate the transfer.

4   SIGNED this 5th day of January, 2009.

```
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

### CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SLE-K(1) Policy at their last known address:

Jill Catania and Anthony Catania
7034 Checkerbloom Way
Citrus Heights, CA  95926

```
                        /s/ Michael J. Quilling
                        Michael J. Quilling
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Lon W. Halley<br>561 E. Linda Avenue, Suite 1<br>Chico, CA  95926 | Bazzle John Wilson<br>1291 Nunneley Road<br>Paradise, CA  95969 |

Ernest Jeremias
5022 17th Avenue, Apt. 1
Brooklyn, NY  11204

*/s/ Maralee MacDonald*
Maralee MacDonald

- 3 -
**[Proposed] Order Compelling Payment Of Premium Share from Jill Catania and Anthony Catania [SLE-K(1)]**

139638.1