UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>        Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM PETER PAPPAS [SLE-K(2)] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Peter Pappas [SLE-K(2)].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Peter Pappas shall, within 10 days of the date of this Order, pay the Receiver $1,408.30 for his share of the premiums.

It is FURTHER ORDERED that Peter Pappas shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Peter Pappas fail to pay $1,408.30 for his share of the premiums or his percentage share of any additional premium obligations as they become due, Peter Pappas's 3.0286% ownership and beneficial interest in the SLE-K(2) Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $10,000.00 in his favor.

Case 2:07-cv-01724-GEB-CMK   Document 416   Filed 01/06/09   Page 2 of 3

1    It is FURTHER ORDERED that in the event Peter Pappas's ownership and beneficial
2  interest is forfeited to the receivership estate, then John Hancock is ORDERED to change its
3  records to reflect and effectuate the transfer.

4    SIGNED this 5th day of January, 2009.

6  UNITED STATES DISTRICT JUDGE
7  HONORABLE GARLAND E. BURRELL, JR.

10  **CERTIFICATE OF CERTIFIED MAIL SERVICE**

11    I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SLE-K(2) Policy at his last known address:

Peter Pappas
5026 Hoy Road
Weed, CA  96064

*/s/ Michael J. Quilling*
Michael J. Quilling

- 2 -
**[Proposed] Order Compelling Payment Of Premium Share from Peter Pappas [SLE-K(2)]**

139650.1

1
2
3
4
## **CERTIFICATE OF SERVICE**
5
6      I hereby certify that on the 4th day of December, 2008, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system.  In addition, a copy of this
7  motion was served on the following other persons by First Class U.S. Mail:
8     Lon W. Halley                    Bazzle John Wilson
    561 E. Linda Avenue, Suite 1    1291 Nunneley Road
9     Chico, CA  95926              Paradise, CA  95969
10
11     Ernest Jeremias
    5022 17th Avenue, Apt. 1
12     Brooklyn, NY  11204
13
14                                    */s/ Maralee MacDonald*
                                     Maralee MacDonald
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

**[Proposed] Order Compelling Payment Of Premium Share from Peter Pappas [SLE-K(2)]**

**139650.1**