MUNSCH HARDT KOPF & HARR, P.C.
Dennis L. Roossien, Jr. (TX# 00784873)
500 N. Akard Street, Suite 3800
Dallas, Texas  75202-2790
(214) 855-7500

MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN 113973)
Stephen Lau (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com

Attorneys for Examiner Steven A. Harr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>     v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>         Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER ALLOWING PAYMENT OF (1) EXAMINER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES** |

On this day, the Court considered Examiner Steven A. Harr's Second Interim Application to Allow and Pay (1) Examiner's Fees and Expenses and (2) Attorney's Fees and Expenses.  The Court, having considered the application, the attached exhibit, and all pleadings on file is of the opinion that the motion should be GRANTED.

1  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the Examiner's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and Expenses of Munsch Hardt Kopf & Harr, P.C. be allowed and paid.

**IT IS SO ORDERED.**

1/15/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

MHDocs 1711423_1 9216.2