UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.2:07-cv-001724 GEB CMK |
| Plaintiff, | ORDER ALLOWING PAYMENT OF (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

On this day, the Court considered Michael J. Quilling, Receiver's, Fourth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, having considered the application, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the Receiver's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and Expenses of Quilling, Selander, Cummiskey & Lownds, P.C. be allowed and paid.

SIGNED this 3 day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of December, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Lon W. Halley  
561 E. Linda Avenue, Suite 1  
Chico, CA  95926

Bazzle John Wilson  
1291 Nunneley Road  
Paradise, CA  95969

Ernest Jeremias  
5022 17th Avenue, Apt. 1  
Brooklyn, NY  11204

*/s/ Maralee MacDonald*  
Maralee MacDonald