UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br>  v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>       Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S FOURTH INTERIM APPLICATION |

On this day, the Court considered the Receiver's Fourth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel Boutin Gibson Di Giusto Hodell Inc. be paid and Boutin Gibson Di Giusto Hodell Inc.'s expenses reimbursed, as set forth in Receiver's Fourth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

SIGNED this 3 day of February, 2009.

*/s/ Garland E. Burrell, Jr.*

UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of December, 2008, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

    Lon W. Halley  
    561 E. Linda Avenue, Suite 1  
    Chico, CA  95926

    Bazzle John Wilson  
    1291 Nunneley Road  
    Paradise, CA  95969

    Ernest Jeremias  
    5022 17th Avenue, Apt. 1  
    Brooklyn, NY  11204

    */s/ Maralee MacDonald*  
    Maralee MacDonald