UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:07-cv-01724 GEB CMK |
| Plaintiff, | ORDER GRANTING RECEIVER'S THIRD MOTION TO TRANSFER INTERESTS IN AN INSURANCE POLICY TO THE RECEIVERSHIP |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

This matter comes before the Court on Receiver Michael J. Quilling's Third Motion to Transfer Interests in an Insurance Policy to the Receivership.  The Court, having considered the motion, the attached exhibits, the pleadings on file, and finding good cause therefore, determines that the motion should be granted.

IT IS ORDERED, ADJUDGED, AND DECREED that American General Life Insurance Company ("American General") shall transfer all ownership and beneficiary interests held by Donald Neuhaus in Policy No. U10005943L (the "BOT-M Policy" or the "Policy") to Michael J. Quilling, Receiver.  The transfer shall occur without the written consent from any other owners of record in that Policy.

IT IS ORDERED, ADJUDGED, AND DECREED that any instructions previously provided to American General by the fractional owners of record in the BOT-M policy are hereby modified and American General is directed to send all future information, notices and communications regarding the Policy to the Receiver on behalf of all of the owners of the Policy.

141618.1

1      IT IS ORDERED, ADJUDGED, AND DECREED that neither this Order nor American

2   General waives any other term, condition, or obligation of the Policy.

3      IT IS ORDERED, ADJUDGED, AND DECREED that this Order does not modify or

4   change the interests and rights held by any other owners or beneficiaries of the Policy.

5

6   SIGNED  2/26/09.

7

8

9   _____

    UNITED STATES DISTRICT JUDGE
10  HONORABLE GARLAND E. BURRELL, JR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

141618.1

I hereby certify that on the 4th day of February, 2009, a copy of this [Proposed] order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Larry & Marilyn Anderson
6115 Christian Lane
Eureka, CA 95503

Scott Arbuckle
3186 Kensington Drive
El Dorado Hills, CA 95762

John B. Atkinson
8244 Woodyard Way
Citrus Heights, CA 95624

Marc Bourreli
561 Hemlock Court
Livermore, CA 94551

Diana L. Dean
13079 Bean Flat Road
Chico, CA 95928

Frances L. Dudik
6901 Squaw Mountain Dr. #102
Las Vegas, NV 89130

Joanne L. Edwards
2 Burney Drive
Chico, CA 95928

Wayne Edwards
2 Burney Drive
Chico, CA 95928

Marion L. Fihn, Trustee
319 Merritt Street
Mt. Shasta, CA 96067

Raghbir Gupta
9285 Caldera Way
Sacramento, CA 95826

The Homan Family Trust
c/o Laurence Homan
1656 Thomas Ranch Circle
Nevada City, CA 95959

Steven M. Keeler
PO Box 246
Winston, MT 59647

David  Kirksey
3515 Jasmine Crest
Encinitas , CA 92024

Ronald W. Kluck
3505 Panorama Drive
Redding, CA 96003

James L. Kufeldt
1413 Mangrove
Chico, CA 95926

James L. Kufeldt
1950 East 20th St. # C304
Chico, CA 95928

Tamara Lange
796 Brandon Bury
Chico, CA 95926

E. Jolyn LeBaron
10 Bidwell Ridge Court
Chico, CA 95928

Sharon L. Limroth
570 W. Riverview Circle
Reno, NV 89509

Terry & Carolyn Matheny
5072 Foster Road
Paradise, CA 95969

Ona Mertens
1901 Dayton Road #1
Chico, CA 95928

Julie Ann Muscato
296 Greenfield Avenue
Auburn, CA 95603

Angelina Reyes
4882 County Road KK
Orland, CA 95963

Willard Roesner Family Trust
c/o Dawn Brown
4259 N Deerfield
Coeur d' Alene, ID 83815

Sherrie L. Root
2626 Fair Street
Chico, CA 95928

Audrey Eileen Schmidt
11856 County Road #19
Hanska, MN 56041

Jouji Wang
c/o Linda Yu
1524 Boone Drive
San Jose, CA 95118

David  Weightman
5501 Spillman Avenue
Sacramento, CA 95819

Timothy & Margie Wing
890 Shorebreeze Drive
Sacramento, CA 95831

Bazzle John Wilson
1291 Nunneley Road
Paradise, CA  95969

141618.1

1

_/s/ Maralee MacDonald_
Maralee MacDonald

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28