UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S SECOND MOTION TO TRANSFER INTERESTS IN NUMEROUS INSURANCE POLICIES TO THE RECEIVERSHIP |

This matter comes before the Court on Receiver Michael J. Quilling's Second Motion to Transfer Interests in Numerous Insurance Policies to the Receivership.  The Court, having considered the motion, the attached exhibits, the pleadings on file, and finding good cause therefore, determines that the motion should be granted.

IT IS ORDERED, ADJUDGED, AND DECREED that Pacific Life Insurance Company shall transfer all fractional beneficiary interests held by Lyndon Group, Inc. in Policy No. VF51323970 and Policy No. 1A22591080 to Michael J. Quilling, Receiver.  The transfer shall occur without the written consent from any other owners of record in those policies.  All future notices and communications regarding those fractional beneficiary interests that would have been provided to Lyndon Group, Inc. according to Pacific Life Insurance Company's normal business practices, shall hereafter be provided to the Receiver; provided, however, that all other notices and communications concerning the policies may be sent by Pacific Life Insurance Company to applicable fractional owners or beneficiaries according to its regular business practices.

IT IS ORDERED, ADJUDGED, AND DECREED that Transamerica Occidental Life Insurance Company n/k/a Transamerica Life Insurance Company shall transfer all fractional beneficiary interests held by Donald Neuhaus in Policy No. 60045564 to Michael J. Quilling, Receiver.  The transfer shall occur without the written consent from any other owners of record in that policy.  All future notices and communications concerning the policy may be sent by Transamerica Life Insurance Company to applicable fractional owners or beneficiaries according to its regular business practices.

IT IS ORDERED, ADJUDGED, AND DECREED that neither Pacific Life Insurance Company nor Transamerica Life Insurance Company waive any other term, condition or obligation of the life insurance policies described in this Order.

IT IS ORDERED, ADJUDGED, AND DECREED that this Order does not change, modify or otherwise alter any of the interests or rights held by any of the other owners or beneficiaries in those Policies.

SIGNED 2/26/09

_____
UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of January 2009, a copy of this [proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following by First Class U.S. Mail:

    Bazzle John Wilson
    1291 Nunneley Road
    Paradise, CA  95969

          */s/ Maralee MacDonald*
          Maralee MacDonald

141285
C:\Documents and Settings\mkelly\Local Settings\Temporary Internet Files\OLK3A\310l01!.DOC