IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

SECURE INVESTMENT SERVICES, INC.; AMERICAN FINANCIAL SERVICES, INC.; LYNDON GROUP, INC.; KIMBERLY SNOWDEN; and LINDA NEUHAUS, in her capacity as the administrator and personal representative of the estate of Donald Neuhaus,

    Defendants.

2:07-cv-01724-GEB-CMK

ORDER DENYING DEFENDANT KIMBERLY SNOWDEN'S CONTINUANCE REQUEST

On March 4, 2009, Defendant Kimberly Snowden ("Snowden") filed a document in which she requested continuance of the scheduled March 9, 2009, hearing on Plaintiff's summary judgment motion. However, Snowden never filed an opposition to the motion. Local Rule 78-230(c) prescribes: "No party shall be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." The motion was submitted by a Minute Order filed on March 4, 2009. Since Snowden has not provided

sufficient reason justifying scheduling a new hearing date, her continuance request is denied.

Dated: March 10, 2009

GARLAND E. BURRELL, JR.
United States District Judge