UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER ALLOWING PAYMENT OF (1) EXAMINER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES** |

On this day, the Court considered Steven A. Harr, Examiner's, Third Interim Application to Allow and Pay (1) Examiner's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, having considered the application, the attached exhibit, and all pleadings on file is of the opinion that the motion should be GRANTED.

ORDER RE: EXAMINER'S THIRD INTERIM FEE APPLICATION - PAGE 1

1         IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the
Examiner's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and
Expenses of Munsch Hardt Kopf & Harr, P.C. be allowed and paid.

**IT IS SO ORDERED.**

3/25/09

_____
GARLAND E. BURRELL, JR.
United States District Judge