IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SECURE INVESTMENT SERVICES, INC.; AMERICAN FINANCIAL SERVICES, INC.; LYNDON GROUP, INC.; KIMBERLY SNOWDEN; and LINDA NEUHAUS, in her capacity as the administrator and personal representative of the estate of Donald Neuhaus,<br><br>        Defendants. | 2:07-cv-01724-GEB-CMK<br><br><u>ORDER REGARDING SUPPLEMENTAL BRIEFING ON PARTIAL FINAL JUDGMENT</u> |

        Pending is Plaintiff's motion for summary judgment against Defendant Kimberly Snowden ("Snowden"); in conjunction with the motion, Plaintiff filed a proposed order for partial final judgment under Rule 54(b). However, neither party has briefed whether a partial judgment is appropriate under Rule 54(b). Therefore, each

side may submit a supplemental brief on this issue no later than April 13, 2009.

Dated: April 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge