UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br><br>ORDER ALLOWING PAYMENT<br>OF (1) RECEIVER'S FEES AND<br>EXPENSES AND (2) ATTORNEY'S<br>FEES AND EXPENSES |

On this day, the Court considered Michael J. Quilling, Receiver's, Fifth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, having considered the application, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the Receiver's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and Expenses of Quilling, Selander, Cummiskey & Lownds, P.C. be allowed and paid.

SIGNED this 15th day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE
GARLAND E. BURRELL, JR.