UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM ROSARIA FISCHETTO [KEU-P]<br><br>Date:         May 18, 2009<br>Time:        9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Rosaria Fischetto [KEU-P]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Rosaria Fischetto shall, within 10 days of the date of this Order, pay the Receiver $316.80 for her share of the premiums.

It is FURTHER ORDERED that Rosaria Fischetto shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Rosaria Fischetto fail to pay $316.80 for her share of the premiums or her percentage share of any additional premium obligations as they become due, Rosaria Fischetto's 4.80% ownership and beneficial interest in the KEU-P Policy No. VF51323970 will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $30,000.00 in her favor.

**144886.1**

It is FURTHER ORDERED that in the event Rosaria Fischetto's ownership and beneficial interest is forfeited to the receivership estate, then Pacific Life Insurance Company is ORDERED to change its records to reflect and effectuate the transfer.

DATED: 5/21/09.

GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OF CERTIFIED MAIL SERVICE**

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the KEU-P Policy at her last known address:

Rosaria Fischetto
2053 Stonecrest Lane
Lincoln, CA 95648

*/s/ Michael J. Quilling*
Michael J. Quilling

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Bazzle John Wilson
1291 Nunneley Road
Paradise, CA 95969

Ernest Jeremias
5022 17th Avenue, Apt. 1
Brooklyn, NY 11204

*/s/ Maralee MacDonald*
Maralee MacDonald