|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | EASTERN DISTRICT OF CALIFORNIA | |
| | SACRAMENTO DIVISION | |
| SECURITIES AND EXCHANGE COMMISSION, | | Case No. 2:07-cv-01724 GEB CMK |
| Plaintiff, | | |
| v. | | ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM DAVID W. DAILEY, SR. [SWA-R&G] |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | | Date: May 18, 2009<br>Time: 9:00 a.m.<br>Department: 10 |
| Defendants. | | |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from David W. Dailey, Sr. [SWA-R&G]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that David W. Dailey, Sr. shall, within 10 days of the date of this Order, pay the Receiver $503.42 for his share of the premiums.

It is FURTHER ORDERED that David W. Dailey, Sr. shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should David W. Dailey, Sr. fail to pay $503.42 for his share of the premiums or his percentage share of any additional premium obligations as they become due, David W. Dailey, Sr.'s 0.73125% ownership and beneficial interest in the SWA-R&G Policy No. A10164398L will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $6,500.00 in his favor.

**[Proposed] Order Compelling Payment Of Premium Share from David W. Dailey, Sr. [SWA-R&G]**

**144918.1**

It is FURTHER ORDERED that in the event David W. Dailey, Sr.'s ownership and beneficial interest is forfeited to the receivership estate, then American General Life Insurance Co. is ORDERED to change its records to reflect and effectuate the transfer.

DATED: May 21, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge

## CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SWA-R&G Policy at his last known address:

David W. Dailey, Sr.
#12 Wrangler Court
Chico, CA 95928

_____*/s/ Michael J. Quilling*_____
Michael J. Quilling

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Bazzle John Wilson
1291 Nunneley Road
Paradise, CA 95969

Ernest Jeremias
5022 17th Avenue, Apt. 1
Brooklyn, NY 11204

_____*/s/ Maralee MacDonald*_____
Maralee MacDonald