UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S MOTION TO COMPEL PAYMENT OF DEATH BENEFITS TO THE RECEIVER<br><br>Date:        May 18, 2009<br>Time:       9:00 a.m.<br>Department: 10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Death Benefits to the Receiver. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Security Life of Denver Insurance Company shall pay to the Receiver the full death benefit plus accrued interest and any other amounts payable to the beneficiaries for policy no. 0600049734 insuring the life of Shirley Fowler.

It is ORDERED that the Receiver is authorized to pay from those funds $80,700.00 to the receivership estate as reimbursement for premiums paid for that policy.

It is ORDERED that the Receiver is authorized to distribute the remaining funds according to the schedule of ownership percentage listed in Exhibit A to the Receiver's motion. The Receiver, however, shall distribute Dave Kirksey's 0.967642% interest to the receivership estate as a recovery of assets fraudulently transferred from Secure Investment Services, Inc.

SIGNED May 21, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

- 1 -
**[Proposed] Order Granting Receiver's Motion to Compel Payment of Death Benefit to the Receiver**
145134.1

# CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 21st day of April, 2009, a copy of [Proposed] Order Granting Receiver's Motion to Compel Payment of Death Benefits to the Receiver was served on the following investors named as owners of the FOW-S(2) Policy by U.S. Certified Mail, Return Receipt Requested:

| | | |
|---|---|---|
| Mary Vacilla Behnke Trust<br>c/o Sandra Nordquist<br>404 Avila Drive<br>Roseville, CA  95678 | Terry Cardenas<br>2404 Sage Point Circle<br>Las Vegas, NV  89128 | Billy Chu<br>16719 Newbrook C\ircle<br>Cerritos, CA  90703 |
| Equity Plus, LLC<br>c/o G. Lynn Morgan<br>2828 Cochran Street, #321<br>Simi Valley, CA  93065 | Richard A. Floyd<br>1219 Penninsula Drive<br>Chico, CA  95928-3827 | William Frierson, Jr.<br>7009 McCallum St, #C<br>Philo, PA  19119 |
| Alan Gibson<br>7424 Whistlestop Way<br>Roseville, CA  95747 | Sourabh Gupta<br>9285 Caldera Way<br>Sacramento, CA  95826 | Paul and Heather Hearty<br>14529 Maplewood Street<br>Poway, CA  92064 |
| David Huang<br>3144 Waugh Place<br>Fremont, CA  94536 | Shu-nu Huang<br>3144 Waugh Place<br>Fremont, CA  94536 | Dean and Elizabeth<br>Hutchinson<br>3984 Del Mar Avenue<br>Loomis, CA  95650 |
| James Kennedy<br>7700 Lon Morris Court<br>Fort Worth, TX  76135 | Dave Kirksey<br>3515 Jasmine Crest<br>Encinitas, CA  92024 | Wanda J. Lee<br>927 San Eduardo Avenue<br>Henderson, NV  89002-8966 |
| Gary and Yvonne E. Luedtke<br>615 Marquette Avenue<br>S. Milwaukee, WI  53172 | Rosalie Miller<br>412 Hearthstone Court<br>Roseville, CA  95747 | Ralph and Barbara Musalo<br>1440 Grace Lane<br>Nipomo, CA  93444 |
| Pat and Gail Paswater<br>2205 Coroval<br>Sacramento, CA  95833 | Rhonda G. Price<br>P.O. Box 355<br>Alturas, CA  96101 | Thomas M. Price<br>P.O. Box 355<br>Alturas, CA  96101 |
| Keith J. Richards<br>P.O. Box 50345<br>Bellevue, WA  98015 | Kirsten K. Richards<br>P.O. Box 50345<br>Bellevue, WA  98015 | Carol J. Smith<br>P.O. Box 32057<br>San Jose, CA  95152 |
| Marvin Vincent<br>2599 Belle View Drive<br>Shelby Township, MI  48316 | The Estate of Alice L. Woyak<br>c/o Marion Fihn<br>701 Redwood Boulevard, #1<br>Redding, CA  96003 | Jana M. Zulaica<br>2600 Crescent Circle<br>Lincoln, CA  95648 |

                                                                           */s/ Michael J. Quilling*
                                                                           Michael J. Quilling

**[Proposed] Order Granting Receiver's Motion to Compel Payment of Death Benefit to the Receiver**
145134.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2009, a copy of [Proposed] Order Granting Receiver's Motion to Compel Payment of Death Benefits to the Receiver was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson | Ernest Jeremias |
| 1291 Nunneley Road | 5022 17th Avenue, Apt. 1 |
| Paradise, CA 95969 | Brooklyn, NY 11204 |

*/s/ Maralee MacDonald*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2009, a copy of [Proposed] Order Granting Receiver's Motion to Compel Payment of Death Benefits to the Receiver was served on Security Life of Denver Insurance Company by facsimile.

*/s/ Michael J. Quilling*