UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:07-cv-01724 GEB CMK |
| Plaintiff, | ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM I.F. INDEPENDENT FINANCIAL CORPORATION [SWA-R&G] |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | Date: May 18, 2009<br>Time: 9:00 a.m.<br>Department: 10 |
| Defendants. | |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from I.F. Independent Financial Corporation [SWA-R&G]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that I.F. Independent Financial Corporation shall, within 10 days of the date of this Order, pay the Receiver $387.24 for its share of the premiums.

It is FURTHER ORDERED that I.F. Independent Financial Corporation shall pay the Receiver its percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should I.F. Independent Financial Corporation fail to pay $387.24 for its share of the premiums or its percentage share of any additional premium obligations as they become due, I.F. Independent Financial Corporation's 0.5625% ownership and beneficial interest in the SWA-R&G Policy No. A10164398L will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $5,000.00 in its favor.

**[Proposed] Order Compelling Payment Of Premium Share
from I.F. Independent Financial Corporation [SWA-R&G]**

144922.1

It is FURTHER ORDERED that in the event I.F. Independent Financial Corporation's ownership and beneficial interest is forfeited to the receivership estate, then American General Life Insurance Co. is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED May 21, 2009.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

## CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SWA-R&G Policy at its last known address:

I.F. Independent Financial Corporation
7919 Pebble Beach Dr., Suite 210
Citrus Heights, CA 95610

_____
                    */s/ Michael J. Quilling*
Michael J. Quilling

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Bazzle John Wilson                    Ernest Jeremias
1291 Nunneley Road                    5022 17th Avenue, Apt. 1
Paradise, CA 95969                    Brooklyn, NY 11204

_____
                    */s/ Maralee MacDonald*
Maralee MacDonald

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

**[Proposed] Order Compelling Payment Of Premium Share
from I.F. Independent Financial Corporation [SWA-R&G]**