|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | EASTERN DISTRICT OF CALIFORNIA | |
| | SACRAMENTO DIVISION | |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM KATHRYN A. JOHNSON [SWA-R&G]<br><br>Date:        May 18, 2009<br>Time:       9:00 a.m.<br>Department: 10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Kathryn A. Johnson [SWA-R&G]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Kathryn A. Johnson shall, within 10 days of the date of this Order, pay the Receiver $1,027.90 for her share of the premiums.

It is FURTHER ORDERED that Kathryn A. Johnson shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Kathryn A. Johnson fail to pay $1,027.90 for her share of the premiums or her percentage share of any additional premium obligations as they become due, Kathryn A. Johnson's 1.4931% ownership and beneficial interest in the SWA-R&G Policy No. A10164398L will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $13,272.00 in her favor.

**[Proposed] Order Compelling Payment Of Premium Share from Kathryn A. Johnson [SWA-R&G]**

**144924.1**

It is FURTHER ORDERED that in the event Kathryn A. Johnson's ownership and beneficial interest is forfeited to the receivership estate, then American General Life Insurance Co. is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED May 21, 2009.

*[signature]*

UNITED STATES DISTRICT JUDGE
HONORABLE GARLAND E. BURRELL, JR.

**CERTIFICATE OF CERTIFIED MAIL SERVICE**

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the SWA-R&G Policy at her last known address:

    Kathryn A. Johnson
    540 Durkin Drive
    Lake Almanor, CA 96137

    */s/ Michael J. Quilling*
    Michael J. Quilling

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson | Ernest Jeremias |
| 1291 Nunneley Road | 5022 17th Avenue, Apt. 1 |
| Paradise, CA 95969 | Brooklyn, NY 11204 |

    */s/ Maralee MacDonald*
    Maralee MacDonald