UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM RALPH AND BARBARA MUSALO [BAU-R&L]<br><br>Date:        May 18, 2009<br>Time:       9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Ralph and Barbara Musalo [BAU-R&L]. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that Ralph and Barbara Musalo shall, within 10 days of the date of this Order, pay the Receiver $2,016.46 for their share of the premiums.

It is FURTHER ORDERED that Ralph and Barbara Musalo shall pay the Receiver their percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Ralph and Barbara Musalo fail to pay $2,016.46 for their share of the premiums or their percentage share of any additional premium obligations as they become due, Ralph and Barbara Musalo's 3.1262944% ownership and beneficial interest in the BAU-R&L Policy will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $10,000.00 in their favor.

1       It is FURTHER ORDERED that in the event Ralph and Barbara Musalo's ownership and

2   beneficial interest is forfeited to the receivership estate, then Pacific Life Insurance Company is

3   ORDERED to change its records to reflect and effectuate the transfer.

4       SIGNED May 21, 2009.

6   _____ UNITED STATES DISTRICT JUDGE _____
    HONORABLE GARLAND E. BURRELL, JR.

## CERTIFICATE OF CERTIFIED MAIL SERVICE

    I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the BAU-R&L Policy at their last known address:

        Ralph and Barbara Musalo
        1440 Grace Lane
        Nipomo, CA  93444

          _____ */s/ Michael J. Quilling* _____
          Michael J. Quilling

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of April, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

    Bazzle John Wilson         Ernest Jeremias
    1291 Nunneley Road       5022 17th Avenue, Apt. 1
    Paradise, CA  95969       Brooklyn, NY  11204

          _____ */s/ Maralee MacDonald* _____
          Maralee MacDonald

**[Proposed] Order Compelling Payment Of Premium Share
from Ralph and Barbara Musalo [BAU-R&L]**

144871.1