UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.

SECURE INVESTMENT SERVICES, INC.,
AMERICAN FINANCIAL SERVICES, INC.,
LYNDON GROUP, INC., DONALD F.
NEUHAUS, and KIMBERLY A. SNOWDEN,

     Defendants.

Case No.  2:07-cv-01724 GEB CMK

**ORDER GRANTING RECEIVER'S
FOURTH MOTION
TO TRANSFER INTERESTS IN AN
INSURANCE POLICY TO THE
RECEIVERSHIP**

This matter comes before the Court on Receiver Michael J. Quilling's Fourth Motion to Transfer Interests in an Insurance Policy to the Receivership.  The Court, having considered the motion, the attached exhibits, the pleadings on file, and finding good cause therefore, determines that the motion should be granted.

IT IS ORDERED, ADJUDGED, AND DECREED that Sun Life Financial ("Sun Life") shall accept and process all requests to transfer ownership interests and/or beneficiary interests to the Receiver without the written consent of other owners or third parties.  This order specifically applies to any requests to transfer fractional ownership interests in Policy No. 20070476, which the Receiver refers to in these proceedings as the SHU-A&H(1) policy.

SIGNED this 18th day of June, 2009.

GARLAND E. BURRELL, JR.
United States District Judge

- 1 -

**[PROPOSED] ORDER GRANTING RECEIVER'S FOURTH MOTION TO TRANSFER
INTERESTS IN AN INSURANCE POLICY TO THE RECEIVERSHIP**

146329.1

## CERTIFICATE OF SERVICE ON POLICY OWNERS

I hereby certify that on the 21st day of May, 2009, a copy of this Proposed Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served by U.S. First Class Mail, on the following investors named as owners of the SHU-A&H(1) Policy at their last known addresses

| | | |
|---|---|---|
| Stephen C. Andrews<br>22338 Regnart Road<br>Cupertino, CA  95014 | Susan Andrews<br>22338 Regnart Road<br>Cupertino, CA  95014 | Jeanne D. Baldwin<br>4007 299th Place SW<br>Mountlake Terrace, WA  98043 |
| The Bowser Family Trust<br>1960 E. 32nd St. Apt. 40<br>Yuma, CA  85365 | Rosslyn Bradshaw<br>5648 DeeDee Avenue<br>Citrus Heights, CA  95610 | Wanda Gardner<br>1119 Ravine View Drive<br>Roseville, CA  956661 |
| Jane and Kenneth Melville<br>10327 Juniper Creek Lane<br>Las Vegas, NV  89145 | Seadra A. Nodland<br>711 Alamine Drive<br>Redding, CA  96003 | Steve Ormbrek<br>466 Greenleaf Court<br>Goleta, CA  93117 |
| Michael Pagan<br>7725 Tobia Way<br>Fair Oaks, CA  95928 | Gerald T. Peavy<br>2111 Algonklin<br>Chico, CA  95926 | Rose Ramirez<br>2680 Madrone Street<br>Sutter, CA  95982 |
| Steven L. Riley<br>451 Turquoise Court<br>Redding, CA  96003 | Marilyn S. Stratz<br>522 Tornwood Court<br>Los Altos, CA  94022 | Vernon W. Wederbrook<br>16139 Lower Springs Road<br>Redding, CA  96001 |

_____
*/s/ Michael J. Quilling*
Michael J. Quilling

- 2 -

**[PROPOSED] ORDER GRANTING RECEIVER'S FOURTH MOTION TO TRANSFER
INTERESTS IN AN INSURANCE POLICY TO THE RECEIVERSHIP**

146329.1

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that on the 21st day of May, 2009, a copy of this Proposed Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy

3

of this motion was served on the following other persons by First Class U.S. Mail:

4

       Bazzle John Wilson            Ernest Jeremias
       1291 Nunneley Road          5022 17th Avenue, Apt. 1

5

       Paradise, CA  95969         Brooklyn, NY  11204

6

       Robert J. Guite
       Counsel for Sun Life

7

       SQUIRE, SANDERS & DEMPSEY L.L.P.
       One Maritime Plaza, Suite 300

8

       San Francisco, California 94111

9

10

                               */s/ Maralee MacDonald*
                             Maralee MacDonald

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**- 3 -**

**[PROPOSED] ORDER GRANTING RECEIVER'S FOURTH MOTION TO TRANSFER
INTERESTS IN AN INSURANCE POLICY TO THE RECEIVERSHIP**

146329.1