UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM BAZZLE JOHN WILSON [DAM-A]<br><br>Date:         June 22, 2009<br>Time:        9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Bazzle John Wilson [DAM-A].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Bazzle John Wilson shall, within 10 days of the date of this Order, pay the Receiver $540.00 for his share of the premiums.

It is FURTHER ORDERED that Bazzle John Wilson shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Bazzle John Wilson fail to pay $540.00 for his share of the premiums or his percentage share of any additional premium obligations as they become due, Bazzle John Wilson's 2.5% ownership and beneficial interest in the DAM-A Policy No. 3000602637 will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $25,000.00 in his favor.

It is FURTHER ORDERED that in the event Bazzle John Wilson's ownership and beneficial interest is forfeited to the receivership estate, then Aviva is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED this 18th day of June, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge

### CERTIFICATE OF CERTIFIED MAIL SERVICE

I hereby certify that on the 21st day of May, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this [Proposed] Order was served by U.S. Certified Mail, Return Receipt Requested on the following investor named as owner of the DAM-A Policy at his last known address:

Bazzle John Wilson
1291 Nunneley Road
Paradise, CA  95969

_____ /s/ Michael J. Quilling _____
Michael J. Quilling

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this [Proposed] Order was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson<br>1291 Nunneley Road<br>Paradise, CA  95969 | Ernest Jeremias<br>5022 17th Avenue, Apt. 1<br>Brooklyn, NY  11204 |

_____ /s/ Maralee MacDonald _____
Maralee MacDonald