**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
Maralee MacDonald, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, California 95814-4603
(916) 321-4444

**QUILLING, SELANDER, CUMMISKEY & LOWNDS, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111

Attorneys for Michael J. Quilling
Receiver of Defendants Secure Investment Services, Inc.,
American Financial Services, Inc., and Lyndon Group, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-01724 LEW CMK<br><br>ORDER COMPELLING ERNEST JEREMIAS TO EXECUTE REINSTATEMENT FORMS<br><br>Date: June 22, 2009<br>Time: 9:00 a.m.<br>Department: 10 |

On this day the Court considered the Receiver's Motion to Compel Ernest Jeremias to Execute Reinstatement Forms. Having carefully considered the Motion and the provisions of previous orders of this Court appointing the Receiver, the Court is of the opinion, and so finds, that the Motions should be granted. Accordingly,

146382.1

IT IS ORDERED that Ernest Jeremias shall complete and execute the forms attached to the Receiver's motion as <u>Exhibit 1</u> and produce them to the Receiver within 14 days.

IT IS ORDERED that Ernest Jeremias shall complete and execute the forms attached to the Receiver's motion as <u>Exhibit 2</u> and produce them to the Receiver within 14 days.

IT IS ORDERED that Ernest Jeremias shall schedule and attend the physical examination and tests described in <u>Exhibit 2</u> to the Receiver's motion within 30 days.

IT IS ORDERED that Ernest Jeremias shall provide in a timely manner any other personal, medical, or financial information requested by William Penn Insurance Company as part of the reinstatement process.

Mr. Jeremias may be held in contempt of court if he fails to comply with this order.

SO ORDERED this 19th day of June, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge