UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S SECOND MOTION FOR ORDER TO ALLOW "A" CLAIMS<br><br>Date:         August 31, 2009<br>Time:         9:00 a.m.<br>Department:   10 |

On September 1, 2009, the Court considered the Receiver's Second Motion for Order to Allow "A" Claims. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that the Receiver's Second Motion for Order to Allow "A" Claims is hereby GRANTED, and the one hundred twenty-three (123) investor claims reflected on Exhibit "1" to the Receiver's Second Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

*/s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**[Proposed] Order Granting Receiver's Second Motion for Order to Allow "A" Claims**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of July, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system. In addition, a copy of this [Proposed] Order was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson | Ernest Jeremias |
| 1291 Nunneley Road | 5022 17th Avenue, Apt. 1 |
| Paradise, CA  95969 | Brooklyn, NY  11204 |

                */s/ Maralee MacDonald*
                Maralee MacDonald

- 2 -
**[Proposed] Order Granting Receiver's Second Motion for Order to Allow "A" Claims**

C:\Documents and Settings\mkelly\My Documents\Quilling\August 31 2009 hearings\#148880 v1 - PROPOSED ORDER GRANTING RECEIVER'S SECOND MOTION FOR ORDER TO ALLOW .doc