JOHN S. YUN (Cal. Bar No. 112260)
THOMAS J. EME (Admitted in Illinois)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-CV-01724-GEB-CMK<br><br>STIPULATION AND ORDER REGARDING DISMISSAL OF CLAIMS AGAINST CORPORATE DEFENDANTS |

**STIPULATION**

On January 10, 2008, the Court entered an agreed judgment permanently enjoining Defendants Secure Investment Services, Inc., American Financial Services, Inc., and Lyndon Group, Inc. (collectively "the corporate defendants") from violations of certain provisions of the federal securities laws.

Plaintiff Securities and Exchange Commission ("Commission") is now withdrawing its requests for disgorgement with prejudgment interest and civil money penalties against the corporate defendants, which are in receivership.  The Commission and the corporate defendants therefore agree to the Court's entering an order dismissing with prejudice the Commission's

1

1 claims for disgorgement with prejudgment interest and civil money penalties against the
2 corporate defendants.
3
4 Dated:  September 14, 2009          /s/ Thomas J. Eme
    THOMAS J. EME
5    One of the attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
6
7 Dated:  September 14, 2009         /s/ Michael J. Quilling
    (as authorized on Sept. 11, 2009)
8    MICHAEL J. QUILLING
    Receiver for Secure Investment Services, Inc.,
9    American Financial Services, Inc., and Lyndon
10    Group, Inc.
11
12 **ORDER**
13
14           IT IS SO ORDERED.
15 SIGNED this 16th day of September 2009.

GARLAND E. BURRELL, JR.
United States District Judge

2