UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S MOTION TO COMPEL TRANSFER OF OWNERSHIP INTEREST FROM LPG INVESTMENTS, LLC AND WED MARKETING, LLC [WIL-E&C]<br><br>Date:　　　September 28, 2009<br>Time:　　　9:00 a.m.<br>Department:　10 |

On this day the Court considered the Receiver's Motion to Compel Transfer of Ownership Interests from LPG Investments, LLC and WED Marketing, LLC. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that LPG Investments, LLC shall transfer its 1.2825% interest in Transamerica Life Insurance Company policy no. 60057369 (the "WIL-E&C policy") to Michael J. Quilling, Receiver, within 10 days from the date of this order. If LPG Investments, LLC fails to do so, that interest is forfeited to the receivership estate on that date.

It is FURTHER ORDERED that in the event LPG Investments, LLC's ownership and beneficial interest is forfeited to the receivership estate, then the insurance provider for the WIL-E&C policy, Transamerica Life Insurance Company, is ORDERED to change its records to reflect and effectuate the transfer.

It is FURTHER ORDERED that WED Marketing, LLC shall transfer its 1.2825% interest in Transamerica Life Insurance Company policy no. 60057369 (the "WIL-E&C policy")

1 to Michael J. Quilling, Receiver, within 10 days from the date of this order. If WED Marketing, LLC fails to do so, that interest is forfeited to the receivership estate on that date.

It is FURTHER ORDERED that in the event WED Marketing, LLC's ownership and beneficial interest is forfeited to the receivership estate, then the insurance provider for the WIL-E&C policy, Transamerica Life Insurance Company, is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED on September 25, 2009.

GARLAND E. BURRELL, JR.
United States District Judge