UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM JAMES P. HUTLER AND JACQUELINE A. HUTLER [SWA-R&G]<br><br>Date:         September 28, 2009<br>Time:        9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from James P. Hutler and Jacqueline A. Hutler [SWA-R&G].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that James P. Hutler and Jacqueline A. Hutler shall, within 10 days of the date of this Order, pay the Receiver $495.24 for their share of the premiums.

It is FURTHER ORDERED that James P. Hutler and Jacqueline A. Hutler shall pay the Receiver their percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should James P. Hutler and Jacqueline A. Hutler fail to pay $495.24 for their share of the premiums or their percentage share of any additional premium obligations as they become due, James P. Hutler and Jacqueline A. Hutler's 0.5625% ownership and beneficial interest in the SWA-R&G Policy No. A10164398L will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $5,000.00 in their favor.

It is FURTHER ORDERED that in the event James P. Hutler and Jacqueline A. Hutler's ownership and beneficial interest is forfeited to the receivership estate, then American General Life Insurance Co. is ORDERED to change its records to reflect and effectuate the transfer.

1  SIGNED on September 25, 2009.

```
                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge
```

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28