UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>  Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S THIRD MOTION FOR ORDER TO ALLOW "A" CLAIMS<br><br>Date:           November 9, 2009<br>Time:          9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Third Motion for Order to Allow "A" Claims.  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court grants the Motion.  Accordingly,

It is ORDERED that the Receiver's Third Motion for Order to Allow "A" Claims is GRANTED, and the one hundred fifty-nine (159) investor claims totaling $5,980,206.69 as reflected on Exhibit "1" to the Receiver's Third Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

SIGNED this 5th day of November, 2009.

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**[Proposed] Order Granting Receiver's Third Motion for Order to Allow "A" Claims**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2009, a copy of this [Proposed] Order on all interested parties through the Court's electronic filing system.  In addition, a copy of this [Proposed] Order was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson | Ernest Jeremias |
| 1291 Nunneley Road | 5022 17th Avenue, Apt. 1 |
| Paradise, CA  95969 | Brooklyn, NY  11204 |

*/s/ Maralee MacDonald*
Maralee MacDonald

- 2 -
**[Proposed] Order Granting Receiver's Third Motion for Order to Allow "A" Claims**

C:\Documents and Settings\mkelly\My Documents\Quilling\Nov 9 hearings\#151556 v1 - Quilling Proposed Order Granting Receiver's Third Motion For Order To Allow .doc