JOHN S. YUN (Cal. Bar No. 112260)
THOMAS J. EME (Admitted in Illinois)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:07-CV-01724-GEB-CMK |
| Plaintiff, | FINAL JUDGMENT AS TO KIMBERLY A. SNOWDEN |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

## FINAL JUDGMENT AS TO KIMBERLY A. SNOWDEN

### I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that in accordance with the Court's order of May 26, 2009 ("Order"), Defendant Kimberly A. Snowden ("Defendant" or "Snowden") is liable for disgorgement in the amount of $574,518.45, together with prejudgment interest thereon in the amount of $53,103.32, for a total of $627,621.77 ("the Disgorgement Amount"), based on Defendant's violations of the federal securities laws as detailed in the Order.

Because Defendant is a debtor in a bankruptcy case, *In re Snowden*, Ch. 7 Case No. 09-23233-B-7 (Bankr. E.D. Cal.) ("Bankruptcy Case"), for so long as the automatic stay under the Bankruptcy Code, 11 U.S.C. § 101 *et seq*., is in effect, no action shall be taken to enforce or

1   collect the Disgorgement Amount that would contravene the Bankruptcy Code or the Federal

2   Rules of Bankruptcy Procedure.

3         Defendant shall pay the Disgorgement Amount within thirty (30) days from the earlier of

4   the date that Defendant has been granted or denied a discharge in the Bankruptcy Case or the

5   date that the Bankruptcy Case has been closed or dismissed (hereinafter "the thirty day period"),

6   and the Commission shall take no action to collect the Disgorgement Amount before the

7   expiration of the thirty day period.

8         Payment of the Disgorgement Amount shall be made to the Clerk of this Court, together

9   with a cover letter identifying Kimberly A. Snowden as a defendant in this action; setting forth

10   the title and civil action number of this action and the name of this Court; and specifying that the

11   payment is made pursuant to this Final Judgment as to Kimberly A. Snowden ("Final

12   Judgment"). Defendant shall simultaneously transmit photocopies of such payment and letter to

13   the Commission's counsel in this action. Defendant relinquishes all legal and equitable right,

14   title, and interest in such payment, and no part of the funds shall be returned to Defendant. The

15   Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment

16   System ("CRIS") or any other type of interest bearing account that is utilized by the Court.

17   These funds, together with any interest and income earned thereon (collectively, the "Fund"),

18   shall be held in the interest bearing account until further order of the Court. In accordance with

19   28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the

20   United States Courts, the Clerk is directed, without further order of this Court, to deduct from the

21   income earned on the money in the Fund a fee equal to ten percent of the income earned on the

22   Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States.

23   The Commission may propose a plan to distribute the Fund subject to the Court's approval.

24                          II.

25         IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that in

26   accordance with the stipulation of the Commission and Snowden, the Commission's claims for a

27   permanent injunction and civil money penalties against Snowden are dismissed with prejudice.

28

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

Upon issuance of this Final Judgment, all of the Commission's claims against Snowden will be resolved.  There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERDED

November 5, 2009

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] FINAL JUDGM.