UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF RECEIVER'S FEES AND EXPENSES AND ATTORNEYS' FEES AND EXPENSES IN RECEIVER'S SIXTH INTERIM APPLICATION |

On this day, the Court considered the Receiver's Sixth Interim Application to allow and pay fees of the Receiver and to allow the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds to be paid and their expenses reimbursed. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of the Receiver and the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds, be paid and their expenses reimbursed, as set forth in Receiver's Sixth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorney's Fees and Expenses.

SIGNED December 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Ernest Jeremias                           Bazzle John Wilson
5022 17th Avenue, Apt. 1            1291 Nunneley Road
Brooklyn, NY  11204                   Paradise, CA  95969


                                                */s/ Maralee MacDonald*
                                                Maralee MacDonald