UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>        Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S SEVENTH INTERIM APPLICATION |

On this day, the Court considered the Receiver's Seventh Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel Boutin Gibson Di Giusto Hodell Inc. be paid and Boutin Gibson Di Giusto Hodell Inc.'s expenses reimbursed, as set forth in Receiver's Seventh Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

SIGNED December 18, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Order - Boutin         Page1

C:\Documents and Settings\mkelly\My Documents\Quilling\December 21 hearings\Our fee app\#153102 v1 - Quilling [PROPOSED] ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S SEVENTH INTERIM APPLIC.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2009, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Ernest Jeremias | Bazzle John Wilson |
| 5022 17th Avenue, Apt. 1 | 1291 Nunneley Road |
| Brooklyn, NY  11204 | Paradise, CA  95969 |

                                                 */s/ Maralee MacDonald*
                                                 Maralee MacDonald