UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br> v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>   Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER APPROVING RECEIVER'S<br>INTERIM REPORT FOR THE<br>PERIOD ENDED OCTOBER 31, 2009 |

On this day, the Court considered the Application for Approval of Receiver's Interim Report for the Period Ended October 31, 2009 and good cause appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Receiver's Interim Report for Period Ended October 31, 2009 is approved, and the receivership shall continue.

SIGNED this 21st day of January, 2010.

                *[signature]*
                GARLAND E. BURRELL, JR.
                United States District Judge