UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S FOURTH MOTION FOR ORDER TO ALLOW "A" CLAIMS |

On this day the Court considered the Receiver's Fourth Motion for Order to Allow "A" Claims. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that the Receiver's Fourth Motion for Order to Allow "A" Claims is hereby GRANTED, and the eighty-one (81) investor claims totaling $2,855,931.15 as reflected on Exhibit "1" to the Receiver's Fourth Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

SIGNED February 3, 2010.

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**[Proposed] Order Granting Receiver's Fourth Motion for Order to Allow "A" Claims**