UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S FIFTH MOTION FOR ORDER TO ALLOW "A" CLAIMS |

On this day the Court considered the Receiver's Fifth Motion for Order to Allow "A" Claims. Having carefully considered the Motion, the Court finds that the Motion should be granted. Accordingly,

It is ORDERED that the Receiver's Fifth Motion for Order to Allow "A" Claims is hereby GRANTED, and the seventy-nine (79) investor claims totaling $3,485,577.72 as reflected on Exhibit "1" to the Receiver's Fifth Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

SIGNED this 11th day of May, 2010. _____
GARLAND E. BURRELL, JR.
United States District Judge