UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>   v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F.<br>NEUHAUS, and KIMBERLY A. SNOWDEN, | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S EIGHTH INTERIM APPLICATION |

   The Court considered the Receiver's Eighth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel, and will grant it.

   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel Boutin Gibson Di Giusto Hodell Inc. be paid and Boutin Gibson Di Giusto Hodell Inc.'s expenses reimbursed, as set forth in Receiver's Eighth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

   May 11, 2010.

   _____
   GARLAND E. BURRELL, JR.
   United States District Judge