UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>          Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM MONICA ZUKROW [RIC-J(1)] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Monica Zukrow [RIC-J(1)].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Monica Zukrow shall, within 10 days of the date of this Order, pay the Receiver $36.00 for her share of the premiums.

It is FURTHER ORDERED that Monica Zukrow shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Monica Zukrow fail to pay $36.00 for her share of the premiums or fail to pay her percentage share of any additional premium obligations as they become due, Monica Zukrow's 0.48% ownership and beneficial interest in the RIC-J(1) Policy No. BU1099709 will automatically be forfeited to the receivership estate and be replaced by a claim for $2,000.00 in her favor.

**[Proposed] Order Compelling Payment Of Premium Share from Monica Zukrow [RIC-J(1)]**

1  It is FURTHER ORDERED that in the event Monica Zukrow's ownership and beneficial interest is forfeited to the receivership estate, then Mutual of Omaha is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED this 18th day of June, 2010.

```
GARLAND E. BURRELL, JR.
United States District Judge
```

- 2 -
**[Proposed] Order Compelling Payment Of Premium Share from Monica Zukrow [RIC-J(1)]**

C:\Documents and Settings\mkelly\My Documents\Quilling\June 21, 2010 hearings\DOCS-#160686-v1-
PROPOSED_ORDER_COMPELLING_PAYMENT_OF_PREMIUM_SHARE_FROM_MONICA_ZUKROW__RIC-J(1).DOC