UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM EDWIN D. GUTTRY [RIC-J(2)] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Edwin D. Guttry [RIC-J(2)].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Edwin D. Guttry shall, within 10 days of the date of this Order, pay the Receiver $9,936.00 for his share of the premiums.

It is FURTHER ORDERED that Edwin D. Guttry shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Edwin D. Guttry fail to pay $9,936.00 for his share of the premiums or fail to pay his percentage share of any additional premium obligations as they become due, Edwin D. Guttry's 36.0% ownership and beneficial interest in the RIC-J(2) Policy No. BU1099720 will automatically be forfeited to the receivership estate and be replaced by a claim for $50,000.00 in his favor.

- 1 -
**[Proposed] Order Compelling Payment Of Premium Share from Edwin D. Guttry [RIC-J(2)]**

C:\Documents and Settings\mkelly\My Documents\Quilling\June 21, 2010 hearings\DOCS-#160688-v1-PROPOSED_ORDER_COMPELLING_PAYMENT_OF_PREMIUM_SHARE_FROM_EDWIN_D__GUTTRY__RIC-J(2)_.DOC

It is FURTHER ORDERED that in the event Edwin D. Guttry's ownership and beneficial interest is forfeited to the receivership estate, then Mutual of Omaha is ORDERED to change its records to reflect and effectuate the transfer.

SIGNED this 18 day of June, 2010.     _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

- 2 -
**[Proposed] Order Compelling Payment Of Premium Share from Edwin D. Guttry [RIC-J(2)]**