UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>     Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S MOTION FOR ORDER TO ADJUST "A" CLAIMS |

On this day the Court considered the Receiver's Motion for Order to Adjust "A" Claims. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that the Receiver's Motion for Order to Adjust "A" Claims is hereby GRANTED, and the investor claims set forth on Exhibit 1 attached to the Receiver's Motion for Order to Adjust "A" Claims are adjusted and allowed in the amount proposed by the Receiver.

SIGNED this 18th day of June, 2010.

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**Order Granting Receiver's Motion for Order to Adjust "A" Claims**

159543.1