UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER AUTHORIZING<br>ABANDONMENT OF THE PER-<br>T&E AND MAN-S POLICIES** |

Receiver Michael J. Quilling file a "Motion for Authorization to Abandon the PER-T&E and MAN-S Policies," which is scheduled for hearing on August 2, 2010.  An Opposition to the motion was filed on the same day Mr. Quilling filed his Reply. The Court having considered the motion, finds the motion should be granted and the scheduled hearing on the motion vacated.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Receiver's motion is GRANTED and the Receiver is authorized, in his discretion, at such time as the receivership estate is required to expend additional funds to pay premiums, to abandon the receivership estate's interest in the life insurance policy number 7430001 in the face amount of $5 million issued by Travelers Insurance Co., referred to in Receiver's Motion as the PER-T&E Policy.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized, in his discretion, at such time as the receivership estate is required to expend additional funds to pay premiums, to abandon the receivership estate's interest in the life insurance policy number 1289096 in the face amount of $2 million issued by Security Mutual,

[PROPOSED] ORDER AUTHORIZING ABANDONMENT OF THE PER-T&E AND MAN-S POLICIES    Page 1

C:\DOCUMENTS AND SETTINGS\MKELLY\MY DOCUMENTS\QUILLING\AUGUST 2 2010 HEARINGS\DOCS-#162716-V1-
_PROPOSED__ORDER_AUTHORIZING_ABANDONMENT_OF_THE_PER-T&E_AND_MAN-S_POLICIES.DOC

referred to in the Receiver's Motion as the MAN-S Policy. Therefore the hearing scheduled on August 2, 2010 is vacated. Further, the Clerk of Court shall include in the service of this order the following individuals:

Ernest Jeremias
5022 17th Avenue, Apt. 1
Brooklyn, NY  11204

Bazzle John Wilson
1291 Nunneley Road
Paradise, CA  95969

July 28, 2010

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER AUTHORIZING ABANDONMENT OF THE PER-T&E AND MAN-S POLICIES                    Page 2

C:\DOCUMENTS AND SETTINGS\MKELLY\MY DOCUMENTS\QUILLING\AUGUST 2 2010 HEARINGS\DOCS-#162716-V1-
_PROPOSED__ORDER_AUTHORIZING_ABANDONMENT_OF_THE_PER-T&E_AND_MAN-S_POLICIES.DOC