IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | 2:07-cv-01724-GEB-CMK<br><br>ORDER GRANTING RECEIVER'S SECOND MOTION FOR ORDER TO ADJUST "A" CLAIMS |

    On this day the Court considered the Receiver's Second Motion for Order to Adjust "A" Claims. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.

    Accordingly, it is ORDERED that the Receiver's Second Motion for Order to Adjust "A" Claims is hereby GRANTED, and the investor claims set forth on Exhibit 1 attached to the Receiver's Second Motion for Order to Adjust "A" Claims are adjusted and disallowed in the amount proposed by the Receiver.

Dated:  August 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge