UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF RECEIVER'S FEES AND EXPENSES AND ATTORNEYS' FEES AND EXPENSES IN RECEIVER'S SEVENTH INTERIM APPLICATION |

On this day, the Court considered the Receiver's Seventh Interim Application to allow and pay fees of the Receiver and to allow the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds to be paid and their expenses reimbursed. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of the Receiver and the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds, be paid and their expenses reimbursed, as set forth in Receiver's Seventh Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorney's Fees and Expenses.

SIGNED this 12th day of August, 2010.

GARLAND E. BURRELL, JR.
United States District Judge