IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 2:07-cv-01724-GEB-CMK |
| Plaintiff, | |
| v. | ORDER GRANTING RECEIVER'S SIXTH MOTION FOR ORDER TO ALLOW "A" CLAIMS |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

On this day the Court considered the Receiver's Sixth Motion for Order to Allow "A" Claims. Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted. Accordingly,

It is ORDERED that the Receiver's Sixth Motion for Order to Allow "A" Claims is hereby GRANTED, and the sixty-five (65) investor claims totaling $2,018,613.14 as reflected on Exhibit "1" to the Receiver's Sixth Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

Dated: August 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1