UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　　Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S TENTH INTERIM APPLICATION<br><br>Date:　November 22,2 010<br>Time:　9:00<br>Courtroom 10 |

　　　The Court considered the Receiver's Tenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel Boutin Gibson Di Giusto Hodell Inc., now known as Boutin Jones Inc., be paid and their expenses reimbursed, as set forth in Receiver's Tenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

　　　**Date:　11/19/2010**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2010, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

Ernest Jeremias  
5022 17th Avenue, Apt. 1  
Brooklyn, NY  11204

Bazzle John Wilson  
1291 Nunneley Road  
Paradise, CA  95969

*/s/ Maralee MacDonald*  
Maralee MacDonald

Order - Boutin                                                                                                    Page2
C:\Documents and Settings\mkelly\My Documents\Quilling\November 22, 2010 hearings\[PROPOSED] ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S TENTH INTERIM APPLICATION.DOC