UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>      Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>**ORDER ON RECEIVER'S EIGHTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES** |

On this day, the Court considered the Receiver's Eighth Interim Application to allow and pay fees of the Receiver and to allow the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds to be paid and their expenses reimbursed. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of the Receiver and the Receiver's attorneys Quilling, Selander, Cummiskey & Lownds, be paid and their expenses reimbursed, as set forth in Receiver's Eighth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorney's Fees and Expenses.

**Date: 11/19/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5

## CERTIFICATE OF SERVICE

6

7    I hereby certify that on the 19th day of October, 2010, a copy of this Proposed Order was served on all interested parties through the Court's electronic filing system. In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

8
9

10   Ernest Jeremias                Bazzle John Wilson
     5022 17th Avenue, Apt. 1      1291 Nunneley Road
11   Brooklyn, NY  11204           Paradise, CA  95969

12
13
14                                         */s/ Maralee MacDonald*
                                           Maralee MacDonald
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] ORDER ON RECEIVER'S EIGHTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES**

- 2 -

C:\Documents and Settings\mkelly\My Documents\Quilling\November 22, 2010 hearings\[PROPOSED] ORDER ON RECEIVER'S EIGHTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES.DOC