UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>**ORDER APPROVING RECEIVER'S INTERIM REPORT FOR THE PERIOD ENDED OCTOBER 31, 2010** |

On this day, the Court considered the Application for Approval of Receiver's Interim Report for the Period Ended October 31, 2010 and good cause appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the Receiver's Interim Report for the Period Ended October 31, 2010 is approved, and the receivership shall continue.

**Date: 12/15/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

[Proposed] ORDER ON RECEIVER'S APPLICATION FOR APPROVAL OF RECEIVER'S INTERIM REPORT FOR THE PERIOD ENDED OCTOBER 31, 2010

- 1 -