UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>**ORDER GRANTING RECEIVER'S MOTION TO ALLOW AND SUBORDINATE "A" CLAIMS FILED BY RIC-J(1) AND RIC-J(2) INVESTORS** |

The Court has considered the Receiver's Motion to Allow and Subordinate "A" Claims filed by RIC-J(1) and RIC-J(2) Investors, and finds that the Motion should be granted.

Accordingly, it is ORDERED that the Receiver's Motion to Allow and Subordinate "A" Claims filed by RIC-J(1) and RIC-J(2) Investors is hereby GRANTED, and the investor claims set forth on Exhibit 1 attached to the Receiver's Motion to Allow and Subordinate "A" Claims filed by RIC-J(1) and RIC-J(2) Investors are adjusted and allowed in the amount proposed by the Receiver.

It is FURTHER ORDERED that payment of the investor claims set forth on Exhibit 1 attached to the Receiver's Motion to Allow and Subordinate "A" Claims filed by RIC-J(1) and RIC-J(2) Investors is hereby subordinated to the claims of all other investors and no distribution will be made to said investors of the RIC-J(1) or RIC-J(2) policies until such time as all other investors receive a 45% distribution from the receivership estate.

**Date:  12/16/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

[Proposed] ORDER GRANTING RECEIVER'S MOTION TO ALLOW AND SUBORDINATE "A" CLAIMS FILED BY RIC-J(1) AND RIC-J(2) INVESTORS

- 1 -