MUNSCH HARDT KOPF & HARR, P.C.
Dennis L. Roossien, Jr. (TX# 00784873)
500 N. Akard Street, Suite 3800
Dallas, Texas  75202-2790
(214) 855-7500

MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN 113973)
Stephen Lau (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com

Attorneys for Examiner Steven A. Harr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>            Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER ALLOWING PAYMENT OF (1) EXAMINER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES**<br><br>Date:         December 20, 2010<br>Time:         9:00 a.m.<br>Courtroom:  10 |

[PROPOSED] ORDER RE: EXAMINER'S FOURTH INTERIM FEE APPLICATION - PAGE  1

1  On December 20, 2010, the Court considered Steven A. Harr, Examiner's
2 Fourth Interim Fee Application to Allow and Pay (1) Examiner's Fees and Expenses and (2)
3 Attorneys' Fees and Expenses.  The application will be GRANTED.
4  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the
5 Examiner's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and
6 Expenses of Munsch Hardt Kopf & Harr, P.C. be allowed and paid.
7 **IT IS SO ORDERED.**
8 **Date:  12/15/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge