UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S FOURTH MOTION FOR ORDER TO ADJUST/DISALLOW "A" CLAIMS |

On this day the Court considered the Receiver's Fourth Motion for Order to Adjust/Disallow "A" Claims.  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that the Receiver's Fourth Motion for Order to Adjust/Disallow "A" Claims is hereby GRANTED, and the investor claims set forth on Exhibit 1 attached to the Receiver's Fourth Motion for Order to Adjust/Disallow "A" Claims are adjusted and disallowed in the amount proposed by the Receiver.

**Date: 1/21/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**[Proposed] Order Granting Receiver's Motion for Order to Adjust/Disallow "A" Claims**

C:\Documents and Settings\mkelly\My Documents\Quilling\January 24, 2011 hearings\DOCS-#380236-v1-Proposed_Order_Granting_Receiver's_Fourth_Motion_For_Order_To_Adjust_Disallow_"A"_Claims.DOC