UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>  Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S SEVENTH MOTION FOR ORDER TO ALLOW "A" CLAIMS |

On this day the Court considered the Receiver's Seventh Motion for Order to Allow "A" Claims.  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that the Receiver's Seventh Motion for Order to Allow "A" Claims is hereby GRANTED, and the twenty-two (22) investor claims totaling $794,757.41 as reflected on Exhibit "1" to the Receiver's Seventh Motion for Order to Allow "A" Claims are allowed against the Receivership estate.

**Date:  1/21/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge