UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER AUTHORIZING ABANDONMENT OF THE BIE-F&L POLICY** |

On January 6, 2011, Receiver Michael J. Quilling filed a motion for authorization to abandon the BIE-F&L Policy. The Court has considered the motion, and finds good cause therefore,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Receiver's motion is GRANTED and the Receiver is authorized, in his discretion, at such time as the receivership estate is required to expend additional funds to pay premiums, to abandon the receivership estate's interest in the life insurance policy number B10090447L in the face amount of $4 million issued by American General Insurance Company, referred to in Receiver's Motion as the BIE-F&L Policy.

**Date:  2/3/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER AUTHORIZING ABANDONMENT OF THE BIE-F&L POLICY　　　　　　　　　　　　Page 1

C:\DOCUMENTS AND SETTINGS\MKELLY\MY DOCUMENTS\QUILLING\FEBRUARY 7, 2011 HEARING\MOTION TO ABANDON BIE-FL POLICY - PROPOSED ORDER.DOC