1
2
3
4
5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  2:07-cv-01724 GEB CMK |
| Plaintiff, | ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM COREY SAUERBREY [WIL-E&C] |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Corey Sauerbrey [WIL-E&C].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Corey Sauerbrey shall, within 10 days of the date of this Order, pay the Receiver $312.95 for his share of the premiums.

It is FURTHER ORDERED that Corey Sauerbrey shall pay the Receiver his percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Corey Sauerbrey fail to pay $312.95 for his share of the premiums or his percentage share of any additional premium obligations as they become due, Corey Sauerbrey's 1.2272727% ownership and beneficial interest in the WIL-E&C Policy

- 1 -
**Order Compelling Payment Of Premium Share from Corey Sauerbrey [WIL-E&C]**

1  No. 60057369 will automatically be forfeited to the receivership estate and be replaced by an

2  allowed claim for $15,000.00 in his favor.

3        It is FURTHER ORDERED that in the event Corey Sauerbrey's ownership and beneficial

4  interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to

5  change its records to reflect and effectuate the transfer.

7        **Date:** **7/8/2011**

9  _____
   GARLAND E. BURRELL, JR.
10  United States District Judge

- 2 -
**Order Compelling Payment Of Premium Share from Corey Sauerbrey [WIL-E&C]**