UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM DARLENE ROOT [WIL-E&C] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Darlene Root [WIL-E&C].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Darlene Root shall, within 10 days of the date of this Order, pay the Receiver $276.57 for her share of the premiums.

It is FURTHER ORDERED that Darlene Root shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Darlene Root fail to pay $276.57 for her share of the premiums or her percentage share of any additional premium obligations as they become due, Darlene Root's 1.0845736% ownership and beneficial interest in the WIL-E&C Policy No.

- 1 -
Order Compelling Payment Of Premium Share from Darlene Root [WIL-E&C]

C:\Documents and Settings\mkelly\My Documents\Quilling\July 11, 2011 hearing date\Motion to Compel Payment of Premium Share WIL-E&C 01\Root\PROPOSED ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM DARLENE ROOT.DOC

60057369 will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $13,225.90 in her favor.

It is FURTHER ORDERED that in the event Darlene Root's ownership and beneficial interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to change its records to reflect and effectuate the transfer.

**Date: 7/8/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -
**Order Compelling Payment Of Premium Share from Darlene Root [WIL-E&C]**

C:\Documents and Settings\mkelly\My Documents\Quilling\July 11, 2011 hearing date\Motion to Compel Payment of Premium Share WIL-E&C 01\Root\PROPOSED ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM DARLENE ROOT.DOC