UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>  Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM LINK CONSULTING, INC. DEFINED BENEFIT PENSION PLAN [WIL-E&C] |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Link Consulting, Inc. Defined Benefit Pension Plan [WIL-E&C].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Link Consulting, Inc. Defined Benefit Pension Plan shall, within 10 days of the date of this Order, pay the Receiver $208.64 for its share of the premiums.

It is FURTHER ORDERED that Link Consulting, Inc. Defined Benefit Pension Plan shall pay the Receiver its percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Link Consulting, Inc. Defined Benefit Pension Plan fail to pay $208.64 for its share of the premiums or its percentage share of any additional premium obligations as they become due, Link Consulting, Inc. Defined Benefit Pension Plan's 0.8181818% ownership and beneficial interest in the WIL-E&C Policy No. 60057369 will

- 1 -

**Order Compelling Payment Of Premium Share from Link Consulting, Inc. Defined Benefit Pension Plan [WIL-E&C]**

C:\Documents and Settings\mkelly\My Documents\Quilling\July 11, 2011 hearing date\Motion to Compel Payment of Premium Share WIL-E&C 01\Link Consulting\PROPOSED ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM LINK CONSULTING DEFINED BENEFIT PENSION PLAN.DOC

automatically be forfeited to the receivership estate and be replaced by an allowed claim for $10,000.00 in its favor.

It is FURTHER ORDERED that in the event Link Consulting, Inc. Defined Benefit Pension Plan's ownership and beneficial interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to change its records to reflect and effectuate the transfer.

Date: <u>7/8/2011</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -
**Order Compelling Payment Of Premium Share from Link Consulting, Inc. Defined Benefit Pension Plan [WIL-E&C]**

C:\Documents and Settings\mkelly\My Documents\Quilling\July 11, 2011 hearing date\Motion to Compel Payment of Premium Share WIL-E&C 01\Link Consulting\PROPOSED ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM LINK CONSULTING DEFINED BENEFIT PENSION PLAN.DOC