1
2
3
4            UNITED STATES DISTRICT COURT
5            EASTERN DISTRICT OF CALIFORNIA
6            SACRAMENTO DIVISION

7  SECURITIES AND EXCHANGE              Case No.  2:07-cv-01724 GEB CMK
   COMMISSION,
8
        Plaintiff,                      ORDER COMPELLING PAYMENT
9                                       OF PREMIUM SHARE FROM MAO
   v.                                   PEI XU [WIL-E&C]
10
   SECURE INVESTMENT SERVICES, INC.,
11 AMERICAN FINANCIAL SERVICES, INC.,
   LYNDON GROUP, INC., DONALD F.
12 NEUHAUS, and KIMBERLY A. SNOWDEN,

13      Defendants.

14

15         On this day the Court considered the Receiver's Motion to Compel Payment of Premium

16 Share from Mao Pei Xu [WIL-E&C].  Having carefully considered the Motion and the pleadings

17 and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be

18 granted.  Accordingly,

19         It is ORDERED that Mao Pei Xu shall, within 10 days of the date of this Order, pay the

20 Receiver $191.00 for her share of the premiums.

21         It is FURTHER ORDERED that Mao Pei Xu shall pay the Receiver her percentage share

22 of all additional premium obligations within 10 days of the issuance of a written invoice.

23         It is FURTHER ORDERED that should Mao Pei Xu fail to pay $191.00 for her share of

24 the premiums or her percentage share of any additional premium obligations as they become due,

25 Mao Pei Xu's 0.749029% ownership and beneficial interest in the WIL-E&C Policy No.

26 60057369 will automatically be forfeited to the receivership estate and be replaced by an allowed

27 claim for $9,154.80 in her favor.

28
                                      - 1 -
              Order Compelling Payment Of Premium Share from Mao Pei Xu [WIL-E&C]

1    It is FURTHER ORDERED that in the event Mao Pei Xu's ownership and beneficial

2  interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to

3  change its records to reflect and effectuate the transfer.

4    **Date:  7/8/2011**

5

6    _____
     GARLAND E. BURRELL, JR.

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**Order Compelling Payment Of Premium Share from Mao Pei Xu [WIL-E&C]**