UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>    v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S ELEVENTH INTERIM APPLICATION |

The Court considered the Receiver's Eleventh Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel, Boutin Jones Inc., be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Eleventh Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

**Date: 7/8/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of June, 2011, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Ernest Jeremias | Bazzle John Wilson |
| 5022 17th Avenue, Apt. 1 | 1291 Nunneley Road |
| Brooklyn, NY  11204 | Paradise, CA  95969 |

                                                     */s/ Maralee MacDonald*
                                                     Maralee MacDonald