UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM TRACY ROBERTSON AND RAYMOND ROBERTSON [WIL-E&C]<br><br>Date:         July 11, 2011<br>Time:        9:00 a.m.<br>Department:  10 |

On this day the Court considered the Receiver's Motion to Compel Payment of Premium Share from Tracy Robertson and Raymond Robertson [WIL-E&C].  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

It is ORDERED that Tracy Robertson and Raymond Robertson shall, within 10 days of the date of this Order, pay the Receiver $208.64 for their share of the premiums.

It is FURTHER ORDERED that Tracy Robertson and Raymond Robertson shall pay the Receiver their percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Tracy Robertson and Raymond Robertson fail to pay $208.64 for their share of the premiums or their percentage share of any additional premium obligations as they become due, Tracy Robertson and Raymond Robertson's 0.8181818%

- 1 -
**Order Compelling Payment Of Premium Share
from Tracy Robertson and Raymond Robertson [WIL-E&C]**

ownership and beneficial interest in the WIL-E&C Policy No. 60057369 will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $10,000.00 in their favor.

It is FURTHER ORDERED that in the event Tracy Robertson and Raymond Robertson's ownership and beneficial interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to change its records to reflect and effectuate the transfer.

**Date: 7/8/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -
**Order Compelling Payment Of Premium Share
from Tracy Robertson and Raymond Robertson [WIL-E&C]**

C:\Documents and Settings\mkelly\My Documents\Quilling\July 11, 2011 hearing date\Motion to Compel Payment of Premium Share WIL-E&C 01\Robertson\PROPOSED ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM TRACY ROBERTSON AND RAYMOND ROBERTSON.DOC