UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>     Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>AGREED ORDER COMPELLING RE-PAYMENT OF FICTITIOUS BOND FROM DAVID GREEN AND MONICA ZUKROW [RIC-J(1)] |

On this day the Court considered the Receiver's Motions to Compel Re-Payment of Fictitious Bond from David Green and Monica Zukrow [RIC-J(1)]. (Docs. 840, 841.) Having carefully considered the Motions, the pleadings and papers on file in this case, and the agreed nature of this order, the Court is of the opinion, and so finds, that the Motions should be granted in part and denied in part.  Accordingly,

It is ORDERED that Monica Zukrow ("Zukrow") shall pay the Receiver her percentage share of all premium obligations for her 0.48% ownership and beneficiary interest in the RIC-J(1) Policy (policy no. BU1099709) within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that, should Zukrow fail to fully and timely pay her share of those premium obligations as they become due, then her 0.48% ownership and beneficiary interest in the RIC-J(1) Policy No. BU1099709 will automatically forfeit to the receivership estate and be replaced by a claim for $1,100.00 in her favor.

- 1 -
**Order Compelling Payment Of Premium Sharefrom David Green[RIC-J(1)]**

416863.1

It is FURTHER ORDERED that, if Zukrow's ownership and beneficiary interest forfeit to the receivership estate, Mutual of Omaha is ORDERED to change its records to reflect and effectuate that transfer.

It is FURTHER ORDERED that, if the RIC-J(1) Policy matures, Zukrow shall pay $900.00 to the Receiver within 5 days after she receives any death benefit proceeds for that policy.

It is FURTHER ORDERED that David Green ("Green") shall pay the Receiver his percentage share of all premium obligations for his 0.48% ownership and beneficiary interest in the RIC-J(1) Policy (policy no. BU1099709) within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that, should Green fail to fully and timely pay his share of those premium obligations as they become due, then his 0.48% ownership and beneficiary interest in the RIC-J(1) Policy No. BU1099709 will automatically forfeit to the receivership estate and be replaced by a claim for $1,100.00 in his favor.

It is FURTHER ORDERED that, if Green's ownership and beneficiary interest forfeit to the receivership estate, Mutual of Omaha is ORDERED to change its records to reflect and effectuate that transfer.

It is FURTHER ORDERED that, if the RIC-J(1) Policy matures, Green shall pay $900.00 to the Receiver within 5 days after he receives any death benefit proceeds for that policy.

**Date: 7/8/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge