UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S MOTION FOR CORRECTION OF RECORD BY WITHDRAWAL OF PRIOR ORDER |

　　Having considered Receiver's Notice of Motion and Motion for Correction of Record by Withdrawal of Prior Order, and good cause appearing, the motion is hereby granted.

　　Pursuant to Federal Rule of Civil Procedure 60(a), the Order Compelling Payment of Fictitious Bond from David Green [RIC-J(1)], Docket 877, is hereby withdrawn in favor of the Agreed Order Compelling Re-Payment of Fictitious Bond From David Green and Monica Zukrow [Ric-J(1)], Docket 888.

　　IT IS SO ORDERED.

Dated: August 17, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge