JOHN S. YUN (Cal. Bar No. 112260)
THOMAS J. EME (Illinois Bar No. 6224870)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-01724-GEB-CMK<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT SNOWDEN'S DISGORGEMENT |

### BACKGROUND

Plaintiff Securities and Exchange Commission ("the Commission") states as follows:

1. The Commission's complaint alleged that the Defendants operated a securities fraud scheme that raised over $25 million from hundreds of investors.  (Compl. Par. 1-3.)  The complaint also asked the Court to appoint a receiver to protect investor assets and order the Defendants to disgorge their ill-gotten gains.  Id. Par. 4.

2. The Court appointed Michael J. Quilling as the Receiver over the three corporate defendants (Secure Investment Services, Inc., American Financial Services, Inc., and Lyndon Group,

Inc.)  Since his appointment, the Reciever has been managing the assets of the receivership estate for the benefit of investors.

3. On November 6, 2009, the Court issued a final judgment as to Defendant Kimberly A. Snowden ("Snowden"). The final judgment, attached as Exhibit A, ordered that Snowden is liable for disgorgement in the amount of $574,518.45, together with prejudgment interest thereon in the amount of $53,103.32, for a total of $627,621.77 ("the Disgorgement Amount"). (Exh. A p.1). The final judgment provided that payment of the Disgorgement amount "shall be made to the Clerk of this Court." (Exh. A p. 2.)

4. As evidenced by attached Exhibit B, the Commission filed a claim in Snowden's bankruptcy proceeding seeking to collect on the judgment. In partial satisfaction of this claim, the Commision recently received a check from the bankruptcy trustee payable to the Commission in the amount of $12,366.32. A redacted copy of the check is attached as Exhibit C.

## STIPULATION

The undersigned parties agree and stipulate as follows:

5. Notwithstanding the final judgment's direction that the Disgorgement Amount be paid to the Clerk of Court, the $12,366.32 paid to the Commission by the bankruptcy trustee should be paid over to the Receiver for him to use for the benefit of investors.

6. The amount of $12,366.32 should be credited against Snowden's liability under the final judgment to reduce the amount of the disgorgement still owed by $12,366.32.

7. No Defendant admits to any civil or criminal liability by way of this stipulation.

Respectfully submitted,

SECURITIES AND EXCHANGE
COMMISSION

Dated:  August 22, 2011          /s/ Thomas J. Eme
                                 Thomas J. Eme
                                 John S. Yun
                                 Attorneys for Plaintiff Securities and
                                 Exchange Commission

Dated: August 22, 2011        /s/ Jonz Norine (as authorized on Aug. 18, 2011)
Jonz Norine
Attorney for Defendant Kimberly A. Snowden

Dated: August 22, 2011        /s/ Michael J. Quilling (as authorized on Aug. 12, 2011)
Michael J. Quilling
Receiver for Defendants Secure Investment Services, Inc,. American Financial Services, Inc., and Lyndon Group, Inc.

**ORDER**

IT IS HEREBY ORDERED that:

1. The Commission is authorized to pay the funds represented by the check in Exhibit C over to the Receiver by negotiating the check to him or otherwise; and

2. The amount of the check, $12,366.32, shall be credited against Snowden's liability under the final judgment against her to reduce the amount of disgorgement still owed by $12,366.32.

SIGNED this 22nd day of August, 2011.

GARLAND E. BURRELL, JR.
United States District Judge