IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | 2:07-cv-01724-GEB-CMK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court received a letter from Warren P. Wright dated August 18, 2011, to which are attached two copies of a check; the Clerk of the Court shall redact the bank account numbers from the checks and then file the letter and redacted attachments on the docket.

IT IS SO ORDERED.

Dated:  August 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1