UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER ON RECEIVER'S TENTH INTERIM APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES |

On this day the Court considered the Receiver's Tenth Interim Application to allow and pay fees of the Receiver, and to allow the Receiver's attorneys Quilling Selander Lownds Winslett & Moser to be paid and their expenses reimbursed.  The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRATNED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of the Receiver and the Receiver's attorneys, Quilling Selander Lownds Winslett & Moser, be paid their expenses reimbursed, as set forth in Receiver's Tenth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorney's Fees and Expenses.

**Date:  2/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 1 -
**[Proposed] Order on Receiver's Tenth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorney's Fees and Expenses**

448428.1