UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S THIRTEENTH INTERIM APPLICATION |

The Court considered the Receiver's Thirteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel, Boutin Jones Inc., be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Thirteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

**Date: 2/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28