MUNSCH HARDT KOPF & HARR, P.C.
Dennis L. Roossien, Jr. (TX# 00784873) Admitted Pro Hac Vice
500 N. Akard Street, Suite 3800
Dallas, Texas  75202-2790
(214) 855-7500

MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN 113973)
Stephen Lau (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com

Attorneys for Examiner Steven A. Harr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>            Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER ALLOWING PAYMENT OF (1) EXAMINER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES** |

The Court has considered Steven A. Harr, Examiner's, Fifth Interim Fee Application to Allow and Pay (1) Examiner's Fees and Expenses and (2) Attorneys' Fees and Expenses.  The Court, having considered the Application, is of the opinion that the Application should be GRANTED.

ORDER RE: EXAMINER'S FIFTH INTERIM FEE APPLICATION - PAGE  1

1       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the

2 Examiner's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and

3 Expenses of Munsch Hardt Kopf & Harr, P.C. be allowed and paid.

4       **IT IS SO ORDERED.**

5 3/28/12

6 _____
GARLAND E. BURRELL, JR.
7 United States District Judge