UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER COMPELLING PAYMENT OF PREMIUM SHARE FROM BETTY COLLIER [SHU-A&H(2)] |

The Court has considered the Receiver's Motion to Compel Payment of Premium Share from Betty Collier [SHU-A&H(2)], and grants the Motion.  Accordingly,

It is ORDERED that Betty Collier shall, within 10 days of the date of on which this Order is filed, pay the Receiver $424.54 for her share of the premiums.

It is FURTHER ORDERED that Betty Collier shall pay the Receiver her percentage share of all additional premium obligations within 10 days of the issuance of a written invoice.

It is FURTHER ORDERED that should Betty Collier fail to pay $424.54 for her share of the premiums or her percentage share of any additional premium obligations as they become due, Betty Collier's 10.88556% ownership and beneficial interest in the SHU-A&H(2) Policy No. 60025185 will automatically be forfeited to the receivership estate and be replaced by an allowed claim for $30,000.00 in her favor.

1   It is FURTHER ORDERED that in the event Betty Collier's ownership and beneficial
2   interest is forfeited to the receivership estate, then Transamerica Occidental is ORDERED to
3   change its records to reflect and effectuate the transfer.

4   **Date: 4/11/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge