UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No.2:07-cv-001724 GEB CMK<br><br>ORDER ALLOWING PAYMENT OF ATTORNEYS' FEES AND EXPENSES OF LOCAL COUNSEL IN RECEIVER'S FOURTEENTH INTERIM APPLICATION |

The Court considered the Receiver's Fourteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel, Boutin Jones Inc., be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Fourteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

**Date: 11/14/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th of October, 2012, a copy of this [Proposed] Order was served on all interested parties through the Court's electronic filing system.  In addition, a copy of this motion was served on the following other persons by First Class U.S. Mail:

| | |
|---|---|
| Bazzle John Wilson<br>1291 Nunneley Road<br>Paradise, CA  95969 | Ernest Jeremias<br>5022 17th Avenue, Apt 1<br>Brooklyn, NY 11204 |
| Richard H. Gray<br>3606 Comal Springs Drive<br>Canyon Lake, TX  78133-6088 | David Green<br>1995 Wild Oak Lane<br>Chico, CA 95928 |
| Monica Zukrow<br>1995 Wild Oak Lane<br>Chico, CA 95928 | |

                                                                              */s/ Maralee Eriksen*
                                                                              Maralee Eriksen