1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    v.

SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,

            Defendants.

Case No.  2:07-cv-01724 GEB CMK

**ORDER APPROVING RECEIVER'S INTERIM REPORT FOR THE PERIOD ENDED OCTOBER 31, 2012**

The Court has considered the "Application for Approval of Receiver's Interim Report for the Period Ended October 31, 2012" and good cause appearing therefor:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the "Receiver's Interim Report for the Period Ended October 31, 2012" is approved, and the receivership shall continue.

**Date:  12/12/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

[Proposed] ORDER ON RECEIVER'S APPLICATION FOR APPROVAL OF RECEIVER'S INTERIM REPORT FOR THE PERIOD ENDED OCTOBER 31, 2012

- 1 -

496614.1