UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No. 2:07-cv-001724-GEB-CMK<br><br>**ORDER AUTHORIZING SURRENDER OF THE SIL-I POLICY** |

Receiver Michael J. Quilling ("Receiver") moves for Authorization to Surrender the SIL-I Policy. The Court, having considered the motion, including the attached exhibit, finds good cause exists to do so. Therefore, Receiver's motion (ECF No. 937) is GRANTED. Receiver is authorized, in his discretion, at such time as the receivership estate is required to expend additional funds to pay premiums, to surrender the receivership estate's interest in the life insurance policy number 957100763E2 in the face amount of $1 million issued by Metropolitan Life Insurance Company (aka "MetLife"), referred to in Receiver's Motion as the SIL-I Policy, in exchange for payment of the net cash value.

**Date:** 5/15/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28