MUNSCH HARDT KOPF & HARR, P.C.
Dennis L. Roossien, Jr. (TX# 00784873) Admitted Pro Hac Vice
500 N. Akard Street, Suite 3800
Dallas, Texas 75202-2790
(214) 855-7500
MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN 113973)
Stephen Lau (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com
Attorneys for Examiner Steven A. Harr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER ALLOWING PAYMENT OF (1) EXAMINER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES AND EXPENSES** |

The Court has considered Steven A. Harr, Examiner's, Sixth Interim Fee Application to Allow and Pay (1) Examiner's Fees and Expenses and (2) Attorneys' Fees and Expenses, and determined that the application should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) the Examiner's Fees and Expenses be allowed and paid and (2) the Attorneys' Fees and Expenses of Munsch Hardt Kopf & Harr, P.C. be allowed and paid.

6/25/13

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

00046468.1 MGS

[PROPOSED] ORDER RE: EXAMINER'S SIXTH INTERIM FEE APPLICATION - PAGE 1