UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER RELEASING FUNDS FROM SHASTA COUNTY SHERIFF'S OFFICE** |

Receiver Michael J. Quilling ("Receiver") moves for an order requiring the Shasta County Sheriff's Office to release the below identified funds. The motion is granted.

IT IS THEREFORE ORDERED that all amounts levied by the Shasta County Sheriff's Office from payments intended for American Financial Services, Inc., Lyndon Group, Inc. or other related entities shall be paid to the receivership estate consistent with the Orders Appointing Receiver dated August 24, 2007 (Dkt. No. 27) and October 30, 2007 (Dkt. No. 80).

The Shasta County Sheriff's Office and all other governmental offices or entities shall release those funds to the Receiver, including $37,541.11 that was levied as follows:

| Date | Check No. | Amount |
| --- | --- | --- |
| 05/11/05 | 0301027295 | 3,500.00 |
| 05/11/05 | 0301027296 | 681.25 |
| 05/11/05 | 0301027297 | 1,759.86 |
| 05/11/05 | 0301027294 | 21,600.00 |
| 11/23/05 | 0301034819 | 10,000.00 |

Dated: August 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge