UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:07-cv-01724 GEB CMK |
| Plaintiff, | **ORDER APPROVING BID AND SALE PROCEDURES** |
| v. | |
| SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

On August 29, 2013, the Court Receiver Michael J. Quilling filed a motion for the approval of the bid and sale procedures in his motion. The motion is unopposed. The Court approves the bid and sale procedures described in the Receiver's motion.

Dated: September 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge