UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:07-cv-01724 GEB CMK |
| Plaintiff, | **ORDER APPROVING FINAL SALE** |
| v. | |
| SECURE INVESTMENT SERVICES, INC.; AMERICAN FINANCIAL SERVICES, INC.; LYNDON GROUP, INC.; DONALD F. NEUHAUS; and KIMBERLY A. SNOWDEN, | |
| Defendants. | |

The Court appointed Receiver Michael J. Quilling filed a "Motion for Final Approval of Sale", (ECF No. 957), and scheduled the motion for hearing on December 2, 2013. The motion is unopposed, and the evidence submitted in support of the motion reveals the hearing should be vacated and the motion should be granted. Therefore, the December 2, 2013, scheduled hearing date for the motion is vacated, and the Court finds good cause exists to grant the Receiver's motion.

Therefore the motion is GRANTED, and the Court adopts the Receiver's recommendation to sell the receivership estate's interests in the remaining policies to Lexington Settlements for $5 million. Further, the Receiver is authorized: (1) to sell the receivership estate's interests in the remaining policies; (2) to accept Lexington Settlements' offer to purchase

those interests for $5 million; and (3) to enter into any agreements or conduct any transactions in his discretion that are necessary to close that sale without seeking further approval from the Court.

Dated:  November 25, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge