**BOUTIN JONES INC.**
Chris Gibson, SBN 073353
Maralee Eriksen, SBN 208699
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
Michael J. Quilling (Tex. Bar No. 16432300) – Admitted Pro Hac Vice
Brent J. Rodine (Tex. Bar No. 24048770) – Admitted Pro Hac Vice
2001 Bryan Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 871-2100
Facsimile:  (214) 871-2111

Attorneys for Michael J. Quilling
Receiver of Defendants Secure Investment Services, Inc.,
American Financial Services, Inc., and Lyndon Group, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>   v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>        Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>**ORDER RE: RECEIVER'S FIFTEENTH INTERIM APPLICATION TO ALLOW AND PAY ATTORNEY'S FEES AND EXPENSES OF LOCAL COUNSEL** |

The Receiver's Fifteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel, (ECF No. 961), has been considered and is granted.

Therefore, the fees of Local Counsel, Boutin Jones Inc., shall be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Fifteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

Dated: December 10, 2013

_____

GARLAND E. BURRELL, JR.

Senior United States District Judge