UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>     v.<br><br>SECURE INVESTMENT SERVICES, INC.,<br>AMERICAN FINANCIAL SERVICES, INC.,<br>LYNDON GROUP, INC., DONALD F. NEUHAUS,<br>and KIMBERLY A. SNOWDEN,<br><br>            Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>**ORDER RE: RECEIVER'S SIXTEENTH INTERIM APPLICATION TO ALLOW AND PAY ATTORNEY'S FEES AND EXPENSES OF LOCAL COUNSEL** |

The Court considered the Receiver's Sixteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel. The Court, having considered the motion, the attached exhibits, and all pleadings on file is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel, Boutin Jones Inc., be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Sixteenth Interim Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel.

Dated:  October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge