UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER GRANTING RECEIVER'S FIFTH MOTION FOR ORDER TO DISALLOW "A" CLAIMS |

　　　　On this day the Court considered the Receiver's Fifth Motion for Order to Disallow "A" Claims.  Having carefully considered the Motion and the pleadings and papers on file in this case, the Court is of the opinion, and so finds, that the Motion should be granted.  Accordingly,

　　　　It is ORDERED that the Receiver's Fifth Motion for Order to Disallow "A" Claims is hereby GRANTED, and the investor claims set forth on Exhibit 1 attached to the Receiver's Fifth Motion for Order to Disallow "A" Claims are disallowed.

　　　　Dated:  October 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge