UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br>　v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　　Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>**ORDER RE: RECEIVER'S FINAL APPLICATION TO ALLOW AND PAY ATTORNEY'S FEES AND EXPENSES OF LOCAL COUNSEL** |

The Court considered the Receiver's Final Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel, decided that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the fees of Local Counsel, Boutin Jones Inc., be paid and Boutin Jones Inc.'s expenses reimbursed, as set forth in Receiver's Final Application to Allow and Pay Attorneys' Fees and Expenses of Local Counsel and Receiver is authorized to pay BOUTIN the amount of $1,000.00 to cover fees and expenses to complete the matters necessary to close the case.

Dated:  February 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge