MUNSCH HARDT KOPF & HARR, P.C.
Dennis L. Roossien, Jr. (TX# 00784873) Admitted Pro Hac Vice
500 N. Akard Street, Suite 3800
Dallas, Texas  75202-2790
(214) 855-7500

MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN 113973)
Stephen Lau (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com

Attorneys for Examiner Steven A. Harr

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>　　　　　Defendants. | Case No. 2:07-cv-001724 GEB CMK<br><br>**ORDER GRANTING (1) EXAMINER'S FINAL FEE APPLICATION AND (2) EXAMINER'S DISCHARGE FROM MATTER** |

　　　　The Court has considered Steven A. Harr, Examiner's, Final Fee Application and Motion for Discharge, and determined the motion should be GRANTED.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

　　　　(1) All of the fees and expenses previously awarded to the Examiner and Munsch Hardt Kopf & Harr, P.C. are approved on a final basis.

00055919.1 MGS

[PROPOSED] ORDER RE: EXAMINER'S FINAL FEE APPLICATION - PAGE  1

1  (2) The fees and expenses for the period from March 15, 2013 through December 10, 2014 for the Examiner and Munsch Hardt Kopf & Harr, P.C. are approved on a final basis, and the Receiver is authorized to pay the 10% fee holdback of $481.40.

(3) The fees and expenses for the period from February 16, 2013 through December 31, 2015 for Mennemeier Glassman LLP are approved on a final basis, and the Receiver is authorized to pay the 10% fee holdback of $94.50.

(4) The Receiver is authorized to pay Munsch Hardt Kopf & Harr, P.C. and/or his counsel the amount of $2,500 to cover fees and expenses to complete the final distribution and closure of this case.

(5) The Examiner is discharged from this matter.

**IT IS SO ORDERED.**

**Dated:  February 23, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge