UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No. 2:07-cv-01724 GEB CMK<br><br>**ORDER APPROVING RECEIVER'S FINAL REPORT AND PROPOSED DISTRIBUTION** |

The Court has considered the Receiver's Final Report and Proposed Distribution, determines that the Final Report and Proposed Distribution should be approved. Accordingly,

It is ORDERED that the Receiver's Final Report is approved.

It is FURTHER ORDERED that the fractional interests held by investors in the WIL-E&C policy no. 60057369 are hereby replaced with like fractional interests in the BOT-M policy no. U10005943L, and American General Life is ORDERED to change its records to reflect and effectuate the transfer.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized to pay all outstanding amounts pursuant to separately filed fee applications to the following professionals:

1. Quilling, Selander Lownds Winslett & Moser, P.C.;
2. Boutin Jones, Inc.;
3. Munsch Hardt Kopf & Harr, P.C.;
4. Mennemeier Glassman LLP; and
5. Litzler Segner Shaw & McKinney, LLP.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized to make a final *pro-rata* distribution to the 752 allowed claims totaling

1  $27,693,572.18, of all funds remaining in his possession in the approximate amount of
2  $341,661.27.

3  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon completion of
4  the final distribution to investors, that the Receiver be discharged from any further duty other
5  than as set forth below and that his bond be released.

6  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is
7  authorized, so long as may be necessary, to execute such documents and take such actions as
8  may be necessary to continue efforts to transfer ownership of all policies to Lexington
9  Settlements or its designees.

10  Dated:  February 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge