UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>      Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>ORDER ON RECEIVER'S FINAL APPLICATION TO ALLOW AND PAY (1) RECEIVER'S FEES AND EXPENSES AND (2) ATTORNEY'S FEES |

      The Court has considered the Receiver's Final Application to allow and pay fees of the Receiver, and to allow the Receiver's attorneys Quilling Selander Lownds Winslett & Moser to be paid and their expenses reimbursed, and decided that the motion should be GRANTED.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that fees and expenses of the Receiver and the Receiver's lawyers as set out in the Receiver's Final Application to Allow and Pay (1) Receiver's Fee and Expenses and (2) Attorney Fees be and are hereby approved and the Receiver is authorized to pay Quilling Selander Lownds Winslett & Moser, PC the 10% fee holdback of $11,926.20.

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all of the fees and expenses of the Receiver and the Receiver's attorneys that were previously approved on an interim basis be approved on a final basis.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized to pay Quilling Selander Lownds Winslett & Moser, PC the amount of $7,500.00 to cover fees and expenses to complete the matters necessary to close the case.

Dated: February 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge