UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SECURE INVESTMENT SERVICES, INC., AMERICAN FINANCIAL SERVICES, INC., LYNDON GROUP, INC., DONALD F. NEUHAUS, and KIMBERLY A. SNOWDEN,<br><br>    Defendants. | Case No.  2:07-cv-01724 GEB CMK<br><br>PROPOSED ORDER ON RECEIVER'S FINAL APPLICATION TO ALLOW AND PAY ACCOUNTANTS' FEES |

The Court has considered the Receiver's Final Application to allow and pay fees of the Accountant, Litzler Segner Shaw & McKinney LLP to be paid and their expenses reimbursed, and concluded that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that fees and expenses of the Accountants as set out in the Receiver's Final Application to Allow and Pay Accountants' Fees be and are hereby approved on a final basis, and the Receiver is authorized to pay Litzler Segner Shaw & McKinney LLP the 10% fee holdback in the amount of $7,636.90 plus their unpaid fees and expenses in the amount of $117,320.50.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is authorized to pay Litzler Segner Shaw & McKinney LLP the amount of $7,500.00 to cover the anticipated accounting costs associated with the final distribution and to close the case.

Dated:  February 23, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge